**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LASHAWN SMITH,** | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 16-01386 (RDM)** |
| **v.** | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| **Defendant.** | ) |

**ADMINISTRATIVE RECORD**

Attached is the chronological index and record of the administrative proceedings. Consecutive page numbers for this record are located on the bottom left of each page. Hearing Officer's Exhibit Number 14 and Petitioner's Exhibits P24 through P27 are audio recordings and are not included here.[1]

**Filed February 16, 2017**

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s
VERONICA PORTER [412273]
Acting Chief, Civil Litigation Division Section II

[1] H.O. 14 - the audio recording of Hearing Officer's Pre-Hearing Conference and Petitioner's audio Exhibits P24 through P27 are on CDs with the Hearing Office and can be made available.

*/s/ Tasha Hardy*_________
TASHA HARDY [974511]
Assistant Attorney General
441 Fourth Street, N.W.,
Sixth Floor South
Washington, D.C. 20001
(202)724-7794 (phone)
(202)741-8953 (facsimile)
E-mail: tasha.hardy@dc.go

**LaShawn Smith v. District of Columbia, C.A. No. 16-1386**

**Index of Record**


| | Page |
|---|---|
| 1. Certification of Record and index, 4/3/16 | 1-2 |
| 2. HO 21 – HOD, 4/2/16 | 3-18 |
| 3. R 1 – Summary and Score Report, 2/12/15 | 19 |
| 4. P 6 – Email from S. Smith to J. Golinker, 9/17/15 | 20 |
| 5. P 8 – IEP Meeting Notes, 10/8/15 | 21 |
| 6. P 2 – IEP, 10/8/15 | 22-31 |
| 7. P 11 – Behavior Support Service Trackers – 10/14/15, 11/11/15 | 32-35 |
| 8. P 7 – Email from J. Golinker to R. Hinkson, 10/16/15 | 36 |
| 9. P 9 – Office Discipline Referral Form, 10/20/15 | 37-38 |
| 10. P 11 – IEP Progress Report – Annual Goals, 10/29/15 | 39-43 |
| 11. P 10 - Office Discipline Referral Form, 11/12/15 | 44-45 |
| 12. P 11 – Columbia Heights Grade 9 Report Card, 11/19/15 | 46-49 |
| 13. P 14 – Email Communication, 11/20/15-11/23/15 | 50-52 |
| 14. P 12 - Office Discipline Referral Form, 11/23/15 | 53 |
| 15. P 13 - Office Discipline Referral Form, 11/23/15 | 54 |
| 16. P 3, R 5 – Behavior Intervention Plan, 11/24/15 | 55-56 |
| 17. P 5 – LRE Classroom Observation Tool, 11/24/15 | 57-63 |
| 18. R 3 – Columbia Heights Grade 9 Report Card, 11/24/15 | 64-67 |
| 19. P 15 - Office Discipline Referral Form, 12/1/15 | 68 |
| 20. P 16 - Office Discipline Referral Form, 12/1/15 | 69-70 |
| 21. P 17 - Office Discipline Referral Form, 12/1/15 | 71 |

| | |
|---|---|
| 22. P 18 – Notice of Proposed Disciplinary Action, 12/3/15 | 72-76 |
| 23. P 19 – Email re: Suspension, 12/7/15 | 77-78 |
| 24. P 20 – Email re: Suspension, 12/9/15-12/10/15 | 79-81 |
| 25. R 6 – Student Safety Contract, 12/16/15 | 82-83 |
| 26. P 21 - Office Discipline Referral Form, 1/15/16[2] | 84 |
| 27. P 22 – Email Communication, 1/28/16, 2/1/16 | 85 |
| 28. HO 1 - Due Process Complaint Notice (DPC), 2/4/16 | 86-93 |
| 29. HO 2 - Notice of Hearing Officer Appointment, 2/5/16[3] | 94-96 |
| 30. HO 3 – OSSE's Motion to Dismiss for Failure to Serve, 2/8/16 | 97-102 |
| 31. HO 4 – OSSE's Motion for Continuance, 2/10/16 | 103-108 |
| 32. HO 22 – Email Communication, 2/10/16-3/11/16 | 109-134 |
| 33. HO 5 – OSSE's Response to DPC, 2/11/16 | 135-139 |
| 34. HO 6 - OSSE's Motion to Dismiss for Failure to State Claim, 2/11/16 | 140-147 |
| 35. HO 7 – Pre-Hearing Notice, 2/11/16 | 148-153 |
| 36. HO 8 - DCPS' Response to petitioner's DPC, 2/12/16 | 154-158 |
| 37. R 4 - Columbia Heights Grade 9 Report Card, 2/12/16 | 159-161 |
| 38. HO 9 – Petitioner's Motion to Withdraw Complaint against OSSE, 2/17/16 | 162-164 |
| 39. HO 10 - Order Granting Motion to Withdraw Complaint against OSSE, 2/19/16 | 165-168 |
| 40. HO 19 – Resolution Period Disposition Form, 2/19/16 | 169-173 |
| 41. R 7 – Consent for Initial Evaluation/Reevaluation, 2/19/16 | 174 |


---

[2] Document incorrectly dated 1/14/14. Date should be 1/15/16.

42. HO 11 – OSSE's Motion to Withdraw Motions to Dismiss, 2/22/16 175-180

43. R 8 – Prior Written Notice, 2/26/16 181

44. HO 12 - Order Granting Motion to Withdraw Motions to Dismiss, 3/2/16 182-184

45. HO 13 – Notice of Appearance – Stevie Nabors, with emails, 3/11/16 185-196

46. HO 15 – Pre-Hearing Order, 3/11/16 197-208

47. P 23 – Email from R. Hinkson to S. Smith, 3/11/16 209

48. HO 17 - DCPS' Disclosure Statement, 3/18/16 210-213

49. HO 16 – Petitioner's Disclosure Statement, 3/18/16 214-217

50. HO 18 – DCPS' Objections to Petitioner's Disclosures, 3/23/16 218-220

51. HO 20 - DCPS' List of Authorities, 3/28/16 221-225

52. P 4 – Functional Behavior Assessment ( FBA), (undated) 226-229

53. P 11 – Letter re: Behavior Concerns (undated) 230

54. P 1 - Letter from Stephanie Monroe, US Dept. Of Ed., 12/26/07 231-234

55. Transcript of Hearing, 3/25/16 235-418

[3] Notice of Hearing Officer Appointment incorrectly dated 3/5/16.