OSSE
Office of Dispute Resolution
April 4, 2016

# DISTRICT OF COLUMBIA
# OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION

Office of Dispute Resolution
810 First Street, N.E., 2nd Floor
Washington, DC 20002

| | |
|---|---|
| [redacted] through his parent, Ms. Lashawn Smith, Petitioner, | Case No: 2016-0023 |
| | Date Issued: 4/3/16 |
| v. | Hearing Officer: Keith L. Seat, Esq. |
| District of Columbia Public Schools ("DCPS") and Office of the State Superintendent of Education ("OSSE"),[1] Respondents. | Counsel of Record: Charles Moran, Esq. Steve Nabors, Esq. Steven Rubenstein, Esq. |

## CERTIFICATION OF ADMINISTRATIVE RECORD COVER PAGE

The record made before me as the Hearing Officer in this matter includes the following:

1. Due Process Complaint Notice, filed on 2/4/16;
2. Notice of Hearing Officer Appointment, issued on 2/5/16;
3. OSSE's Motion to Dismiss for Failure to Serve, filed on 2/8/16;
4. OSSE's Motion for a Continuance, filed on 2/10/16;
5. OSSE's Response to DPC, filed on 2/11/16;
6. OSSE's Motion to Dismiss for Failure to State a Claim, filed on 2/11/16;
7. Prehearing Notice, issued on 2/11/16;
8. DCPS's Response to DPC, filed on 2/12/16;
9. Petitioner's Motion to Withdraw Complaint Against OSSE, filed on 2/17/16;
10. Order Granting Petitioner's Motion to Withdraw Complaint Against OSSE, issued on 2/19/16;
11. OSSE's Motion to Withdraw Motions to Dismiss, filed on 2/22/16;

[1] OSSE was dismissed with prejudice from this case by Order Granting Petitioner's Motion to Withdraw Complaint Against OSSE issued by the undersigned on 2/19/16.

**Certification of Administrative Record Cover Page**
Case No. 2016-0023

12. Order Granting OSSE's Motion to Withdraw Motions to Dismiss, issued on 3/2/16;
13. Mr. Nabors' Notice of Appearance, filed on 3/11/16;
14. Audio file (MP3) of Prehearing Conference, recorded on 3/11/16;
15. Prehearing Order, issued on 3/11/16;
16. Petitioner's Disclosure statement, submitted on 3/18/16, consisted of a witness list of 4 witnesses and documents P1 through P27, which were admitted into evidence without objection. (Respondent had filed a written objection to P24 through P27, which are audio recordings that were submitted through a Dropbox link, objecting on the basis of authenticity, but withdrew its objection after testimony from Parent. Petitioner re-filed its full set of Disclosures on 3/28/16, in order to replace documents that needed to be redacted to omit the names of other students.);
17. Respondent's Disclosure statement, submitted on 3/18/16, consisted of a witness list of 6 witnesses and documents R1 through R9, of which only R1, R3, R4, R5, R6, R7, and R8 (but not R2 and R9) were offered at the due process hearing and were admitted into evidence without objection;
18. DCPS's Objections to Petitioner's Disclosures, filed on 3/24/16;
19. Resolution Period Disposition Form, filed on 3/28/16;
20. DCPS's List of Authorities, filed on 3/29/16;
21. Hearing Officer Determination, issued on 4/2/16; and
22. Relevant emails between Counsel and the Hearing Officer.

I hereby certify that this record is accurate and complete as of this date, except for the electronic audio record of the due process hearing on 3/25/16, in Hearing Room 2006, which was recorded in an audio file which is in the custody of ODR. (The audio file for the prehearing conference on 3/11/16 is included on the list above.)

Dated in Caption

/s/ Keith Seat
Keith L. Seat, Esq.
Impartial Hearing Officer

cc: Office of Dispute Resolution (hearing.office@dc.gov)
Chief Hearing Officer

OSSE
Office of Dispute Resolution
April 2, 2016

**DISTRICT OF COLUMBIA**
**OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION**
Office of Dispute Resolution
810 First Street, N.E., 2nd Floor
Washington, D.C. 20002

| | | |
|---|---|---|
| *Student*,[1] through his *Parent*, *Petitioner*, | ) | Date Issued: 4/2/16 |
| | ) | Case No.: 2016-0023 |
| v. | ) | Hearing Officer: Keith L. Seat, Esq. |
| District of Columbia Public Schools ("DCPS") and Office of the State Superintendent of Education ("OSSE"),[2] Respondent. | ) | Hearing Date: 3/25/16<br>Hearing Location: ODR Room 2006 |

# HEARING OFFICER DETERMINATION

## Background

Petitioner, Student's mother, filed a due process complaint alleging that Student had been denied a free appropriate public education ("FAPE") in violation of the Individuals with Disabilities Education Improvement Act ("IDEA") because DCPS put him in unsuitable programs and failed to provide Advanced Placement and college courses to avoid behavior problems. DCPS responded that it did provide the self-contained environment required by Student's IEP and that he has been academically successful in his placement and location of services.

## Subject Matter Jurisdiction

Subject matter jurisdiction is conferred pursuant to IDEA, 20 U.S.C. § 1400, *et seq.*; the implementing regulations for IDEA, 34 C.F.R. Part 300; Title V, Chapter E-30, of the District of Columbia Municipal Regulations ("D.C.M.R.") and 38 D.C. Code 2561.02.

[1] Personally identifiable information is provided in Appendix A, including terms initially stated in italics.
[2] OSSE was dismissed with prejudice from this case by Order Granting Petitioner's Motion to Withdraw Complaint Against OSSE issued by the undersigned on 2/19/16.

## Procedural History

Following the filing of the due process complaint on 2/4/16, the case was assigned to the undersigned on 2/5/16. Respondent DCPS's response to the complaint was filed on 2/12/16 and did not challenge jurisdiction apart from noting that Hearing Officers do not have jurisdiction over ADA claims. Respondent OSSE's response to the complaint was filed on 2/11/16 and did not challenge jurisdiction. OSSE filed a Motion to Dismiss for Failure to Serve on 2/8/16, followed by a Motion to Dismiss for Failure to State a Claim on 2/11/16. Petitioner filed a Motion to Withdraw Complaint Against OSSE on 2/17/16, which was granted, and OSSE was dismissed with prejudice by the undersigned on 2/19/16.[3]

The resolution session meeting took place on 2/19/16, but the parties neither settled the case nor terminated the 30-day resolution period, which ended on 3/5/16. A final decision in this matter must be reached no later than 45 days following the end of the resolution period, which requires a Hearing Officer Determination ("HOD") by 4/19/16.

The due process hearing took place on 3/25/16 and was closed to the public. Petitioner was represented by *Petitioner's counsel.* DCPS was represented by *Respondent's counsel.* Counsel discussed settlement at length near the beginning of the hearing without success. Petitioner was present for the entire hearing.

Neither party objected to the testimony of witnesses by telephone, although there were none. The parties agreed on no stipulations.

Petitioner's Disclosure statement, submitted on 3/18/16, consisted of a witness list of 4 witnesses and documents P1 through P27, which were admitted into evidence without objection. Respondent had filed a written objection to P24 through P27, which are audio recordings that were submitted through a Dropbox link, objecting on the basis of authenticity, but withdrew its objection after testimony from Parent. Petitioner re-filed its full set of Disclosures on 3/25/16, in order to replace documents that needed to be redacted to omit the names of other students.

Respondent's Disclosure statement, submitted on 3/18/16, consisted of a witness list of 6 witnesses and documents R1 through R9, of which only R1, R3, R4, R5, R6, R7, and R8 (but not R2 and R9) were offered at the due process hearing and were admitted into evidence without objection.

Petitioner's counsel presented two witnesses in Petitioner's case-in-chief (*see* Appendix A):

1. Parent

---

[3] From this point in the HOD, all references to "Respondent" refer only to DCPS, unless otherwise specified.

2. *Community Support Worker*

Respondent's counsel presented one witnesses in Respondent's case (*see* Appendix A): *Vice President of Special Education and Response to Intervention* at *Public School* ("Vice President").

Petitioner's counsel did not call any rebuttal witnesses.

The issues[4] to be determined in this Hearing Officer Determination are:

**Issue 1:** Whether Respondent denied Student a FAPE by placing Student, who is intellectually gifted but limited in accessing general education by his emotional disturbance, in (a) a Specific Learning Support ("SLS") program which is designed for children with specific learning disabilities, which Student did not have, and/or (b) a Behavior & Education Support ("BES") program in which he was placed with peers who were all a year ahead of him, causing behavioral issues.

**Issue 2:** Whether Respondent denied Student a FAPE by failing to provide an appropriate IEP requiring a full-time out of general education setting with advanced programming, where Student's IEP team agreed that he needed advanced academics to avoid behavior problems due to being bored, but Student could not take Advanced Placement classes or University of the District of Columbia ("UDC") classes for college credit without reducing the service hours on his IEP.

Petitioner seeks the following relief:

1. A finding that Student was denied a FAPE.
2. DCPS shall place Student in an appropriate placement that is sufficiently restrictive and also sufficiently advanced academically.
3. DCPS shall provide or fund appropriate compensatory education[5] to remedy any denial of FAPE.

---

[4] Petitioner also included an Americans with Disabilities Act ("ADA") claim in her due process complaint, which was dismissed without prejudice in the Prehearing Order on 3/11/16.

[5] With regard to the request for compensatory education, Petitioner's counsel had been put on notice during the Prehearing Conference that Petitioner must introduce evidence supporting the requested compensatory education, including evidence of specific educational deficits resulting from Student's alleged denial of FAPE and the specific compensatory measures needed to best correct those deficits, i.e., to elevate Student to the approximate position Student would have enjoyed had Student not suffered the alleged denial of FAPE. Respondent was put on notice to be prepared to introduce evidence contravening the requested compensatory education in the event a denial of FAPE is found.

4. Any other relief that is just and appropriate.

An oral opening statement was made by Petitioner's counsel and waived by Respondent's counsel. Oral closing statements were made by both Petitioner's counsel and Respondent's counsel. The parties were permitted to submit legal citations after the hearing, which Respondent did on 3/28/16.

## Findings of Fact

After considering all the evidence, as well as the arguments of both counsel, the Findings of Fact[6] are as follows:

1. Student is a resident of the District of Columbia; Petitioner is Student's Parent.[7] Student is *Age* and in *Grade*.[8] Student began at Public School in August 2015 at the beginning of 2015/16.[9] In 2014/15, Student completed the school year at Prior School.[10]

2. Student is classified as having Emotional Disturbance ("ED"), which leads to frequent emotional dysregulation so he is not available for learning.[11] Student's current IEP (dated 10/8/15) provides for 26.5 hours/week of specialized instruction outside general education and states that Student needs a self-contained environment to succeed academically and behaviorally.[12] Public School is currently attempting to conduct new Psychological and Educational assessments to determine what is best for Student and how to provide the most appropriate level of services, although Student is not yet willing to take the necessary tests.[13]

3. Behavior. Student is in frequent conflict with peers and teachers, with physical altercations 2-3 times per week.[14] Student has been aggressive with both staff and peers, using a rope, choking a student, punching a female student, breaking a laptop, and requiring

---

[6] Footnotes in these Findings of Fact refer to the sworn testimony of the witness indicated or to an exhibit admitted into evidence. To the extent that the Hearing Officer has declined to base a finding of fact on a witness's testimony that goes to the heart of the issue(s) under consideration, or has chosen to base a finding of fact on the testimony of one witness when another witness gave contradictory testimony on the same issue, the Hearing Officer has taken such action based on the Hearing Officer's determinations of the credibility and/or lack of credibility of the witness(es) involved.
[7] Parent.
[8] *Id.*
[9] Vice President; Parent. All dates in the format "2015/16" refer to school years.
[10] Parent.
[11] P2-1,5.
[12] P2-7,8.
[13] Vice President; R7-1 (consent to evaluate signed by Parent on 2/19/16); R8-1 (Prior Written Notice).
[14] P2-5.

police to restrain him, among other incidents, including the day before the due process hearing when he had an altercation with another student in the principal's office in Parent's presence.[15] Some of Student's behavior problems are the result of not taking his medication.[16] Parent is cooperative about bringing his medication to school if he forgets it.[17] But Student still has outbursts even when on his medication.[18] His outbursts have decreased in number since last Fall, but are more explosive and extreme.[19]

4. A BIP was created for Student on 11/24/15 to try to address his physical and verbal aggression, disrespect of authority, desire to lose control, and enjoyment of negative behaviors.[20] An earlier FBA indicated that Student's negative behaviors occurred in multiple locations (seven listed classes, plus lunchroom and after school) and throughout the day ("midday, afternoon, after school, continuously, morning, lunch period").[21] A Student Safety Contract was signed with Student on 12/16/15, in which he agreed to show consideration and prevent aggression.[22] The BIP and Safety Contract were part of Public School's efforts to address Student's behavior, but behavior problems have continued.[23]

5. Vice President has regular – often daily – discussions with Student's social worker about what is working for Student and what is not.[24] Student is making gradual progress in his behavioral challenges and progressing in meeting his emotional, social and behavioral development goals.[25] Student is slowly developing a positive relationship with his team at Public School, although it all depends on the day and how Student is feeling.[26] Student sometimes locates Vice President wherever she is in the building to advocate for himself and tell her when he is not in a "good place."[27] Public School is working with Student, but his negative behaviors continue.[28]

---

[15] Vice President; P6-1 (police called because Student fighting on 9/17/15); P9-1 (10/20/15 incident caused injury, Student picked up and threatened to throw teacher's laptop); P11-14 (11/18/15 incident); P14-2 (incidents on 11/18/15 and 11/20/15 leading to manifestation determination review); P13-1 (11/23/15 incident); P12-1 (further incident on 11/23/15); P15-1 (initial incident on 12/1/15); P19-1,2 (fighting with female student on 12/1/15); P21-1 (jumped on teacher, causing teacher to hit his head); P23-1 (physical altercation on 3/18/16).
[16] Parent; Vice President.
[17] Vice President.
[18] *Id.*
[19] Vice President; P5-2.
[20] P3-1.
[21] P4-2.
[22] R6-1,2.
[23] Parent; Vice President.
[24] Vice President.
[25] P11-1,12,13.
[26] Vice President.
[27] *Id.*
[28] Parent.

6. Programs. In 2015/16, Student was initially put in an SLS program in his grade where he enjoyed a "honeymoon" period, with no incidents during the first month of school.[29] The SLS program was suitable for Student until he began having fights with another student and was moved to the BES program, where he had a behavior technician to work with him, but has not acted better.[30] In the BES program Student is with six other students who are a grade ahead.[31]

7. Student's SLS and BES programs had the same special education teachers, and Student's content remained the same.[32] In the BES program, since the other six students are a year ahead Student gets personalized attention, so his work can easily be adjusted and made more challenging for him.[33]

8. Student is bright and learns quickly, so can become bored and leave class or have outbursts.[34] Student acts out many other times as well and has infractions in hallways, the cafeteria, and the gym, where there is no question of his academic content boring him.[35]

9. Parent would like Student to be in Advanced Placement ("AP") classes, but was told that the hours on Student's IEP would have to be reduced for him to attend AP classes.[36] Student stated that he was getting sufficiently rigorous course work in English and Biology.[37] Student had fewer behavioral challenges in the classes that he found rigorous.[38]

10. Student wants to be in general education classes, but his IEP team agreed on 10/8/15 that he wasn't ready yet.[39] Both Parent and Vice President credibly testified that Student was not ready for general education classes, although Parent insisted that he was nonetheless "ready for AP general education."[40]

11. Academic Ability and Grades. Student is considered to be performing at or above grade level.[41] Student's Woodcock-Johnson III Tests of Achievement ("WJ-III") on 2/12/15 indicated that Student was almost one year ahead in Broad Math and a year and a half ahead in Math Calculation Skills; however, he was two years behind in Broad Reading, over two years behind in Broad Written Language, and a full three years behind in Written

---

[29] Vice President.
[30] *Id.*
[31] Vice President; Community Support Worker.
[32] Vice President.
[33] *Id.*
[34] Parent; Community Support Worker.
[35] Vice President.
[36] Parent.
[37] Community Support Worker; Parent.
[38] Community Support Worker.
[39] P8-1
[40] Parent; Vice President.
[41] Parent; P5-2.

Expression.[42] The WJ-III concluded that Student's performance is "average in broad reading, mathematics, math calculation skills, and written language; and low average in written expression."[43]

12. Student's current IEP indicates that he needs extended time to read passages on grade level; he is only able to write five or more sentences; and his spelling skills and written fluency are below the level targeted in a grade-level general education setting.[44]

13. Student's grades were erratic during the first two terms of 2015/16, with two "As" and two "Cs" in the first term and one "A" and three "Cs" in the second term; but the first term "As" both dropped to "Cs" and one of the first term "Cs" became the second term "A."[45] Student can do his work when he chooses to.[46]

14. Options for More Rigorous Academics. Public School has informally discussed with Parent the possibility of Student applying to UDC's early college program or taking AP English or AP Biology.[47]

15. UDC offers early college courses on a semester basis to which Vice President encouraged Student to apply.[48] The current semester is well under way, but Student could apply for 2016/17, which is the time most students in his grade would begin taking such courses.[49] Public School does not have any control over the UDC courses or provide support for its students in the UDC courses.[50]

16. Public School discussed AP Biology with Parent, which is a possibility for the future, once Student can be supported by a special education teacher in an inclusion classroom, so he could learn alongside his general education peers.[51] AP Biology is a year-long course that culminates with the AP Biology exam in May.[52] Student would need to begin the AP course in August; by this point in the school year the course is ramping down and focusing on the upcoming exam.[53]

---

[42] R1-1.
[43] R1-3.
[44] P2-3,4.
[45] R4-2.
[46] Vice President.
[47] P22-1; Parent.
[48] Vice President.
[49] *Id.*
[50] *Id.*
[51] *Id.*
[52] *Id.*
[53] *Id.*

17. Student would need to complete Biology before attempting AP Biology.[54] Student's reading and writing are also not strong enough for AP Biology now, so it is not simply a matter of providing behavior supports outside general education.[55] It would not be possible to teach Student the content of AP Biology outside general education classes because of the need for taking labs in general education.[56] The College Board doesn't allow modification of the content of AP courses.[57]

18. Math is a relative strength for Student, but he ranks toward the bottom of his grade in Math.[58] Student initially said he was not challenged in Math, so Vice President worked with his teacher to challenge Student academically, by adding sites such as Agile Mind to his coursework, and using the textbook and workbook more than before.[59] Student would not be able to take AP Calculus without first taking several prerequisites.[60]

19. Public School works to prepare all its students to be successful in college.[61] Public School is an "AP for All" school and expects all its students – including special education and English Language Learner students – to take AP Language and AP Literature during their last two years at Public School.[62]

## **Conclusions of Law**

Based on the Findings of Fact above, the arguments of counsel, as well as this Hearing Officer's own legal research, the Conclusions of Law are as follows:

The overall purpose of the IDEA is to ensure that "all children with disabilities have available to them a free appropriate public education [FAPE] that emphasizes special education and related services designed to meet their unique needs and prepare them for further education, employment, and independent living." 20 U.S.C. § 1400(d)(1)(A). *See Boose v. Dist. of Columbia*, 786 F.3d 1054, 1056 (D.C. Cir. 2015) (the IDEA "aims to ensure that every child has a meaningful opportunity to benefit from public education").

"[T]o further Congress' ambitious goals for the IDEA, the Supreme Court has focused on the centrality of the IEP as 'the centerpiece of the statute's education delivery system for disabled children.'" *Harris v. Dist. of Columbia*, 561 F. Supp. 2d 63, 67 (D.D.C. 2008), *quoting Honig v. Doe*, 484 U.S. 305, 311, 108 S. Ct. 592, 98 L. Ed. 2d 686 (1988).

---

[54] *Id.*
[55] *Id.*
[56] *Id.*
[57] *Id.*
[58] *Id.*
[59] *Id.*
[60] Community Support Worker; Vice President.
[61] Vice President.
[62] *Id.*

Once a child who may need special education services is identified and found eligible, DCPS must devise an IEP, mapping out specific educational goals and requirements in light of the child's disabilities and matching the child with a school capable of fulfilling those needs. *See* 20 U.S.C. §§ 1412(a)(4), 1414(d), 1401(a)(14); *Sch. Comm. of Town of Burlington, Mass. v. Dep't of Educ. of Mass.*, 471 U.S. 359, 369, 105 S. Ct. 1996, 2002, 85 L. Ed. 2d 385 (1985); *Jenkins v. Squillacote*, 935 F.2d 303, 304 (D.C. Cir. 1991); *Dist. of Columbia v. Doe*, 611 F.3d 888, 892 n.5 (D.C. Cir. 2010).

As discussed below, the Act's FAPE requirement is satisfied "by providing personalized instruction with sufficient support services to permit the child to benefit educationally from that instruction." *Smith v. Dist. of Columbia*, 846 F. Supp. 2d 197, 202 (D.D.C. 2012), *citing Bd. of Educ. of Hendrick Hudson Cent. Sch. Dist. v. Rowley*, 458 U.S. 176, 203, 102 S. Ct. 3034, 73 L. Ed. 2d 690 (1982). The IDEA imposes no additional requirement that the services so provided be sufficient to maximize each child's potential. *Rowley*, 458 U.S. at 198. Congress, however, "did not intend that a school system could discharge its duty under the [Act] by providing a program that produces some minimal academic advancement, no matter how trivial." *Hall ex rel. Hall v. Vance County Bd. of Educ.*, 774 F.2d 629, 636 (4th Cir. 1985).

In addition, DCPS must ensure that to the maximum extent appropriate, children with disabilities are educated with children who are nondisabled, and special classes, separate schooling, or other removal of children with disabilities from the regular educational environment occurs only if the nature or severity of the disability is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily. 34 C.F.R. 300.114.

A Hearing Officer's determination of whether a child received a FAPE must be based on substantive grounds. In matters alleging a procedural violation, a Hearing Officer may find that a child did not receive a FAPE only if the procedural inadequacies (i) impeded the child's right to a FAPE; (ii) significantly impeded the parent's opportunity to participate in the decision-making process regarding the provision of a FAPE to the parent's child; or (iii) caused a deprivation of educational benefit. 34 C.F.R. 300.513(a). In other words, an IDEA claim is viable only if those procedural violations affected the child's *substantive* rights.

"Based solely upon evidence presented at the hearing, an impartial hearing officer shall determine whether the party seeking relief presented sufficient evidence to meet the burden of proof that the action and/or inaction or proposed placement is inadequate or adequate to provide the student with a FAPE." 5-E D.C.M.R. § 3030.3. The burden of proof is on the party seeking relief. *Schaffer ex rel. Schaffer v. Weast*, 546 U.S. 49, 62, 126 S. Ct. 528, 537, 163 L. Ed. 2d 387 (2005).

**Issue 1:** *Whether Respondent denied Student a FAPE by placing Student, who is intellectually gifted but limited in accessing general education by his emotional disturbance, in (a) a Specific Learning Support ("SLS") program which is designed for children with specific learning disabilities, which Student did not have, and/or (b) a Behavior &*

*Education Support ("BES") program in which he was placed with peers who were all a year ahead of him, causing behavioral issues.*

Petitioner failed to meet her burden of proving a denial of a FAPE for Student as a result of Respondent placing Student in the SLS program or the BES program. Each program was sufficient to implement Student's IEP and provide a FAPE, and academically he was reasonably successful in each. Student began 2015/16 in the SLS program, where he initially did fine for about a month, until serious conflict arose with another student, after which he was moved to the BES program in order to have the additional support of a behavior technician.

Petitioner's specific concern with the SLS program was that it focused on children with specific learning disabilities, while Student was classified as having ED and not a learning disability. Petitioner's concern with the BES program was that Student was placed with six other students who were a grade ahead of him. Student's IEP, however, simply calls for him to be out of general education for 26.5 hours/week in a self-contained classroom, which both the SLS and BES programs satisfy. Certainly there is no requirement for school districts to place only students with similar disabilities together or to ensure that all students in a classroom are in the same grade, when the specialized instruction is differentiated. A student's identified needs, not his disability category, are to determine the services that must be provided to him. *Letter to Anonymous*, 48 IDELR 16 (OSEP 2006); *Heather S. v. State of Wis.*, 125 F.3d 1045, 1055 (7th Cir. 1997) (the "IDEA charges the school with the responsibility of developing an appropriate education, not with coming up with a proper label"); *M.M. v. Lafayette Sch. Dist.*, 2012 WL 398773, at 17 (N.D. Cal. 2012), *aff'd in part, rev'd in part on other grounds and remanded,* 767 F.3d 842 (9th Cir. 2014).

A classroom of students with differing intellectual, social, and behavioral needs may satisfy the IDEA as long as "a core group was operating at an intellectual level sufficiently comparable" to Student's to permit him to continue making academic progress. *S.F. v. New York City Dept. of Educ.*, 2011 WL 5419847, at 17 (S.D.N.Y. 2011), *quoting Walczak v. Fla. Union Free Sch. Dist.*, 142 F.3d 119, 133-34 (2d Cir. 1998). Here, Petitioner did not assert that Student's classmates were at a notably different intellectual level. While Petitioner did object to Student being in a class with peers a grade ahead, she also sought more advanced academic coursework for Student, suggesting that the program's intellectual level would not impede Student. In short, "[u]niformity of needs" in a classroom is not required; nor does the IDEA "require school districts to provide the best possible placement, only an appropriate education which allows the child to receive a meaningful educational benefit." *Id., citing Rowley*, 458 U.S. at 199.

Here, Vice President convincingly testified that Student can do his academic work when he chooses to. Student has performed reasonably well academically in 2015/16, with two "As" and two "Cs" in the first term and one "A" and three "Cs" in the second term. Student's efforts were inconsistent, as his first term "As" both dropped to "Cs" and one of his first term "Cs" became a second term "A." *See K.S. v. Dist. of Columbia*, 962 F. Supp. 2d 216, 221 (D.D.C. 2013) (academic success is an important factor), *quoting Roark ex rel.*

*Roark v. Dist. of Columbia,* 460 F. Supp. 2d 32, 44 (D.D.C. 2006). Public School personnel are diligently working with Student, with a BIP created for Student on 11/24/15 to try to address his physical and verbal aggression, and a Student Safety Contract signed with Student on 12/16/15, in which he agreed to show consideration and prevent aggression, along with Vice President's regular communications with social worker to try to address Student's needs. Taken as a whole, this Hearing Officer is persuaded that Student has received an appropriate education with meaningful educational benefit in his programs at Public School.

**Issue 2:** *Whether Respondent denied Student a FAPE by failing to provide an appropriate IEP requiring a full-time out of general education setting with advanced programming, where Student's IEP team agreed that he needed advanced academics to avoid behavior problems due to being bored, but Student could not take Advanced Placement classes or UDC classes for college credit without reducing the service hours on his IEP.*

Petitioner also failed to meet her burden of proving a denial of a FAPE for Student based on Public School not providing AP or college classes. Petitioner asserted that such advanced programming was required to adequately challenge Student and keep him from getting bored and acting out. However, as discussed below, Student's behavior issues are not simply a matter of being bored in his classes and, in any case, more challenging coursework could be and was being provided apart from the specific classes sought by Petitioner which were not viable at this time.

While Student is no doubt bored in some of his classes, it is undisputed that he has behavior issues throughout the day, in class and out. Student had infractions in hallways, in the cafeteria, and in the gym, where it could not be a matter of his academic courses boring him. An earlier FBA summed up when Student's behavioral problems occur as "midday, afternoon, after school, continuously, morning, [and] lunch period." Although academic boredom may be just a small part of his behavior issues, to the extent that more intellectual challenge may be helpful as a practical matter, Public School has been working to increase the level of Student's academic work. For instance, Student initially said he was not challenged in Math, so Vice President worked with his teacher to challenge and push Student academically, by adding sites such as Agile Mind to his coursework, and using the textbook and workbook more than before. Since Student receives much one-on-one attention in his BES program, where the other students are a year ahead, Public School can readily increase the academic level for Student as needed.

As a legal matter, however, Public School is required to do no more than provide a "basic floor of opportunity" for Student. *Rowley*, 458 U.S. at 201, 102 S. Ct. 3034. As discussed above and recently explained by the U.S. Court of Appeals for the District of Columbia Circuit in *Leggett v. Dist. of Columbia*, 793 F.3d 59, 70 (D.C. Cir. 2015):

> We begin with what is undisputed: under the Supreme Court's decision in *Rowley,* a public school district need not guarantee the best possible education or even a "potential-maximizing" one. 458 U.S. at 197 n. 21, 102 S. Ct. 3034. Instead, an IEP

> is generally "proper under the Act" if "reasonably calculated to enable the child to receive educational benefits." *Id.* at 207, 102 S. Ct. 3034; *see also Branham v. District of Columbia,* 427 F.3d 7, 9 (D.C. Cir. 2005) (IEP need not maximize the child's development as long as it "provide[s] some [educational] benefit") (internal quotation marks omitted).

Applying this legal standard, the undersigned concludes that the AP and college courses sought by Petitioner are not required in this case to permit Student to receive educational benefit from his instruction. Nonetheless, Public School went beyond the minimum. Even though it has nothing to do with the college courses, Public School has encouraged Student to consider applying for UDC courses in 2016/17, which generally would be the first year that Student's peers in his grade would apply. As for AP, Vice President credibly testified that Public School expects all its students, including those in special education, to take AP Language and AP Literature classes in their final two years in Public School. Further, it may be possible for Student to take AP Biology in the future, although there are currently weaknesses in Student's reading and writing, and he must first complete regular Biology. Public School explained that the AP course could not be offered outside general education due to the need for general education labs and the prohibition by the College Board in modifying AP course content.[63] In addition, Public School noted the multiple prerequisites for AP Calculus. Thus, even if AP classes were otherwise necessary to provide a basic floor of opportunity, it would be premature to consider them at this time.

Here, as the court found in *D.S. v. Hawaii*, 2011 WL 6819060 at 10 (D. Haw. 2011), "Mother has sought, as all good parents do, to secure the best services for her child. The role of the [decision-maker] in IDEA appeals, however, is not to determine whether an educational agency offered the best services, but whether the services offered confer the child with a meaningful benefit." For the reasons discussed above, this Hearing Officer concludes that Student's IEP is appropriate as he is receiving educational benefits at Public School in the absence of AP and college classes.

---

[63] Petitioner's counsel emphasized a Dear Colleague letter from the Office for Civil Rights at the U.S. Department of Education dated 12/26/07 at P1-1,3, which states in part that "[p]articipation by a student with a disability in an accelerated class or program generally would be considered part of the regular education or the regular classes referenced in the Section 504 and the *IDEA* regulations." The letter goes on to illustrate how an IEP requiring Braille materials in a regular education program would similarly require Braille in an advanced or accelerated class. *Id.* For Student here, this may mean that since Student's current IEP requires full-time out of general education that Student would not be able to participate in an AP class any more than in regular education at this point.

Student does want to be in general education classes, but his IEP team agreed on 10/8/15 that he wasn't ready yet. Parent and Vice President both credibly testified that Student was not ready for general education classes, although Parent insisted that he was nonetheless "ready for AP general education," which somewhat damaged her credibility in the view of this Hearing Officer.

## ORDER

Petitioner has failed to meet her burden of proof on the issues in this case. Accordingly, **it is hereby ordered** that any and all claims and requests for relief are **dismissed with prejudice**.

**IT IS SO ORDERED.**

Dated in Caption

/s/ Keith Seat
Keith L. Seat, Esq.
Hearing Officer

## NOTICE OF RIGHT TO APPEAL

This is the final administrative decision in this matter. Any party aggrieved by this Hearing Officer Determination may bring a civil action in any state court of competent jurisdiction or in a District Court of the United States without regard to the amount in controversy within ninety (90) days from the date of the Hearing Officer Determination in accordance with 20 U.S.C. § 1415(i).

Copies to:

Counsel of Record (Appendix A, by email)
OSSE-SPED (due.process@dc.gov)
ODR (hearing.office@dc.gov)
Contact.resolution@dc.gov
CHO

**APPENDIX A**

[redacted]
Case No. 2016-0023

| *PUBLIC TERM IN HOD* | *PERSONALLY IDENTIFIABLE INFORMATION* |
|---|---|
| Student | [redacted] |
| Date of Birth, Age | [redacted], 14 years old |
| Student ID Numbers | Universal: 5903565733; STARS: 9321513 |
| Grade | 9th (2015/16 School Year) |
| Public School | Columbia Heights Education Campus (CHEC) (2015/16 School Year) |
| Prior School | LaSalle Backus Education Campus (end of 2014/15 School Year) |
| | |
| Petitioner (Parent) | Ms. LaShawn Smith |
| Petitioner's Counsel | Steve Nabors, Esq. |
| Respondent's Counsel | Steven Rubenstein, Esq. |
| | |
| | *PETITIONER'S WITNESSES* |
| Parent | Ms. LaShawn Smith |
| Community Support Worker | Mr. Gerald Kelly |
| | |
| | *RESPONDENT'S WITNESS* |
| Vice President of Special Education and Response to Intervention at Public School | Ms. Resheeda Hinkson, LEA Representative |
| | |

# DCSHO: [redacted] Case # 2016-0023 -- HOD From <keith.seat@dc.gov>

admin@dcsho.i-sight.com

Sat 4/2/2016 11:54 PM

To:Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; steve.nabors@camoranlaw.com <steve.nabors@camoranlaw.com>; charles.moran@camoranlaw.com <charles.moran@camoranlaw.com>; joseph.golinker@camoranlaw.com <joseph.golinker@camoranlaw.com>;

Cc:resolution, contact (DCPS) <contact.resolution@dc.gov>; Dietrich, Virginia (OSSE-Contractor) <virginia.dietrich@dc.gov>; Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Due, Process (OCTO) <Due.Process@dc.gov>; HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>;

1 attachment

HOD -- [redacted] (2016-0023) -- Keith L. Seat, HO (4-2-16).pdf;

** NOTE: Please do not modify subject line when replying **

** This email was sent by Keith Seat [mailto: keith.seat@dc.gov] **

Good evening, Counsel.

My Hearing Officer Determination in this case is attached in PDF.

Take care.

Keith L. Seat, Esq.
Hearing Officer, Mediator & Facilitator
Office of Dispute Resolution
810 First Street, N.E., Second Floor
Washington, D.C. 20002
Phone: 301-681-7450
Cell: 301-523-5535
Fax: 301-681-9243
keith.seat@dc.gov

21

# SCORE REPORT

Name: [redacted]
Date of Birth: [redacted]
Age: 13 years, 5 months
Sex: Male
Date of Testing: 02/12/2015

School: LaSalle-Backus
Teacher: Clayton
Grade: 8.5
Examiner: Dameion Clayton

TABLE OF SCORES
*Woodcock-Johnson III Tests of Achievement*
Compuscore for the WJ III, Version 2.0
Norms based on age 13-5

| CLUSTER/Test | Raw | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) | | GE |
|---|---|---|---|---|---|---|---|---|---|
| BROAD READING | - | 11-11 | 10-8 | 13-4 | 74/90 | 35 | 94 | (92-96) | 6.5 |
| BROAD MATH | - | 14-6 | 12-4 | 17-10 | 94/90 | 63 | 105 | (102-108) | 9.2 |
| BROAD WRITTEN LANG | - | 11-2 | 9-4 | 13-10 | 78/90 | 28 | 91 | (88-94) | 5.8 |
| MATH CALC SKILLS | - | 15-5 | 12-8 | 20 | 95/90 | 74 | 109 | (106-113) | 10.0 |
| WRITTEN EXPRESSION | - | 11-0 | 9-3 | 13-5 | 75/90 | 21 | 88 | (84-92) | 5.5 |
| ACADEMIC SKILLS | - | 13-3 | 11-5 | 15-5 | 89/90 | 48 | 99 | (97-102) | 7.5 |
| ACADEMIC FLUENCY | - | 11-11 | 10-8 | 13-5 | 75/90 | 31 | 92 | (91-94) | 6.6 |
| ACADEMIC APPS | - | 12-5 | 10-5 | 15-8 | 86/90 | 40 | 96 | (94-99) | 7.1 |

Form A of the following achievement tests was administered:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 59 | 12-4 | 11-1 | 13-9 | 80/90 | 40 | 96 | (94-99) | 6.7 |
| Reading Fluency | 52 | 12-0 | 11-2 | 12-11 | 62/90 | 34 | 94 | (92-96) | 6.7 |
| Calculation | 27 | 16-1 | 13-6 | 20 | 97/90 | 75 | 110 | (105-115) | 10.8 |
| Math Fluency | 101 | 14-6 | 11-6 | 22 | 93/90 | 62 | 105 | (102-107) | 9.1 |
| Spelling | 37 | 11-10 | 9-6 | 14-6 | 83/90 | 38 | 96 | (92-99) | 6.2 |
| Writing Fluency | 17 | 10-9 | 9-7 | 12-1 | 57/90 | 16 | 85 | (81-90) | 5.3 |
| Passage Comprehension | 32 | 10-11 | 9-2 | 14-1 | 78/90 | 32 | 93 | (89-97) | 5.8 |
| Applied Problems | 43 | 13-5 | 12-0 | 15-4 | 90/90 | 50 | 100 | (97-103) | 8.1 |
| Writing Samples | 12-D | 11-11 | 8-6 | >23 | 88/90 | 37 | 95 | (86-104) | 6.5 |

EXHIBIT
tabbies
R-1-1

[redacted]

**Subject:** [redacted]
**From:** Shawn Smith <shawnnsmith516@gmail.com>
**Date:** 9/17/15, 2:39 PM
**To:** Joseph Golinker <joseph.golinker@camoranlaw.com>

Hello Mr. Golinker
So I get home and receive a call from [redacted] school that he was in a fight and the police were called [redacted] is running around
the school. They are trying to locate him
He is suspended I don't know how long. He is about to be locked up if he refuses to leave the school

Shawn Smith

October 8, 2015
[redacted] IEP Meeting Notes
By Joey Golinker, *Special Education Advocate*

1. Ms. Smith's Concerns
    a. [redacted] work is getting done as he reports, evinced by his good grades
    b. Worried that [redacted] isn't sufficiently engaged to stay on the right track
    c. Has a bad grade in Chinese that was a fluke based timing of that report card, the real grade is better
    d. Ongoing behavioral concerns such as:
        i. Leaving class / school without permission
        ii. Disrespecting adults when confronted cutting class
        iii. Words could be construed as threatening to an unfamiliar adult
    e. Behavior issues stem from not being challenged in class, when [redacted] gets bored he sometimes acts out, rarely does so when given stimulating work
2. Ms. Lee (Reading / English)
    a. [redacted] is a pleasure to have in class, testing above other students in the class and completes everything assigned to him
    b. Academically testing above class-level
3. Math (Teacher resigned)
    a. [redacted] favorite subject
    b. [redacted] reports being well ahead of the class, having finished an additional chapter in the text that his peers have not
    c. He gets bored in Math class often
4. Biology
    a. [redacted] reported he feels appropriately challenged in Biology
    b. The classroom aide will often help students individually
5. Chinese
    a. [redacted] mastered the early class content quickly…then stopped showing up
    b. Was caught skipping class which led to the aforementioned behavioral problems
6. Setting
    a. [redacted] is in a full time SLS classroom
    b. Smaller class size leads to more attention per student
7. IEP
    a. We planned to revisit the IEP after 30 days to see if anything has improved.
    b. No communication problems, sight issues that will be remedied either by sitting in the front of the classroom or glasses
    c. 26.5 hour IEP plus 4 hours per month of behavioral support
    d. Potential to add a BIP, [redacted] says he wants to be in more general education classes but the team agreed he wasn't ready yet

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

# Individualized Education Program (IEP)

## STUDENT INFORMATION

| Student Name | Local ID | State USI | Grade | Gender | DOB | Language |
|---|---|---|---|---|---|---|
| [redacted] | 9321513 | 5903565733 | 9th Grade | M | [redacted] | |
| **Student's Address** | | **City** | **State** | **Zip Code** | | |
| 2818 S Street, SE | | Washington | DC | 20019 | | |
| **LEA of Enrollment** | | **Case Manager** | | **School Phone** | | |
| District of Columbia Public Schools | | Kindra Mizell | | 202-939-7700 | | |
| **School / Site** | | **School Address** | | **City** | **State** | **Zip Code** |
| Columbia Heights EC (CHEC) | | 3101 16th St NW | | Washington | DC | 20010 |

## ELIGIBILITY / IEP INFORMATION

| Last Eligibility Meeting Date | Last IEP Annual Review Meeting Date | Disability |
|---|---|---|
| 03/11/2015 | 03/03/2015 | Emotional Disturbance |

## IEP MEETING DETAILS

| Type of Meeting | Meeting Date |
|---|---|
| Annual Review | 10/08/2015 |

## SIGNATURES OF IEP TEAM PARTICIPANTS

**IEP MEETING PARTICIPANTS**

*The list below documents the individuals who participated (attended and had opportunity to provide input) in the development of this IEP; signatures do not constitute agreement or disagreement with the content of this IEP, or authorize consent for Part B services. Parents indicate consent for service implementation by signing the Consent for Initial Provision of Services Form when the student is initially deemed eligible for IDEA, Part B services.*

| Participant Role | Name | Attended Meeting? | Signature |
|---|---|---|---|
| Parent | Lashawn Smith | Attended in person | |
| Student | [redacted] | Attended in person | |
| Special Education Teacher | Donna Saxon | Attended in person | |
| Evaluator/ Individual who can interpret assessment results | Jalissa Hardesty | Attended in person | |
| LEA/School Representative LEA Rep | Resheeda Hinkson | Attended in person | |
| General Education Teacher | Ms. Lee | Attended in person | |
| Rehabilitation Services Administration (RSA)/Other Agency Representative | | Did not attend | |
| Social Worker | Thomasina Garner | Attended in person | |
| | Kelvin Metts | Attended in person | |
| | Joseph Golivker | Attended in person | |
| | Gerald Kelly | Attended in person | |

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## CONSIDERATION OF SPECIAL FACTORS

**Positive Behavior Interventions and Supports**

Does the child's behavior impede the child's learning or that of other children? [X] YES [ ] NO

**Consideration:**
[redacted] is in a self-contained classroom for students with behavioral needs. He is given differentiated work, multiple prompts and individual adult attention when needed. He is given the opportunity to earn privileges based on behavior and can process his feelings with the social worker and classroom teacher when upset.

**Limited English Proficiency**

Does the child have language needs that relate to the child's IEP? [ ] YES [X] NO

**Blind/Visually Impaired**

Is the child a child who has been identified as blind or visually impaired? [ ] YES [X] NO

**Deaf/Hard of Hearing**

Is the child a child who has been identified as deaf or hard of hearing? [ ] YES [X] NO

**Communication**

**Consideration:**
This is not an area of concern at this time

**Assistive Technology**

**Consideration:**
Student doesn't need assistive technology.

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

# Individualized Education Program (IEP)

## PRESENT LEVEL OF PERFORMANCE AND ANNUAL GOALS (By Area of Concern)

**AREA OF CONCERN:**
**Academic-Reading**

**Present Levels of Academic Achievement and Functional Performance:**
[redacted] performance on the Scholastic Reading Inventory (SRI) produced favorable results, as his initial score was 816, which is on grade level. On his second attempt [redacted] scored 859. On his most recent attempt [redacted] scored 769 which is his lowest score to date. [redacted] ws somewhat distracted on his last assessment date.

| **Description of how the student's disability affects the student's access to the general education curriculum:** | **Description of how the student's disability affects the student's progress in the general education curriculum:** |
|---|---|
| [redacted] greatest needs are making inferences and comparing and contrasting. | [redacted] disability impacts his ability to achieve maximal student achievement in the general education setting. [redacted] has shown great improvement in Reading since last school year. He needs extended period of time to read grade level passages. |

**Annual Goal 1:**
By the end of the current school year and with the provision of adequate supports and services, [redacted] will cite strong and thorough textual evidence within both literary and expository texts, and will determine a central idea or theme within said texts, in 3 out of 4 trials with 80% accuracy

**Common Core Standards:**
**9.RL.1** - Cite strong and thorough textual evidence to support analysis of what the text says explicitly as well as inferences drawn from the text.

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
|---|---|---|
| [redacted] is able to identify textual evidence with prompting and few errors. | 10/07/2016 | *Work Samples / Each Nine Weeks*<br>*Practice and Drill / Each Nine Weeks*<br>*Test / At Opportunity* |

**Annual Goal 2:**
By the end of the current school year and with the provision of adequate supports and services, [redacted] will determine both the connotative and denotative meanings of words and will analyze how an author's choice concerning structure develops throughout a given text, in 3 out of 4 trials with 80% accuracy.

**Common Core Standards:**
**9.RL.4** - Determine the meaning of words and phrases as they are used in the text, including figurative and connotative meanings; analyze the cumulative impact of specific word choices on meaning and tone (e.g., how the language evokes a sense of time and place; how it sets a formal or informal tone).
**9.RL.5** - Analyze how an author s choices concerning how to structure a text, order events within it (e.g., parallel plots), and manipulate time (e.g., pacing, flashbacks) create such effects as mystery, tension, or surprise.
**9.RL.6** - Analyze a particular point of view or cultural experience reflected in a work of literature from outside the United States, drawing on a wide reading of world literature.



1200 First Street, NE Washington, DC 20002 T 202.442.4800 F 202.442.5518 www.k12.dc.us

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
|---|---|---|
| [redacted] attempts to use context clues in order to determine the meanings of unknown words or phrases but still experiences marked difficulty determining the author's choice of structure in a text. . | 10/07/2016 | *Work Samples / Weekly*<br>*Practice and Drill / Each Nine Weeks*<br>*Test / Each Nine Weeks* |

**AREA OF CONCERN:**
**Academic-Written Expression**

**Present Levels of Academic Achievement and Functional Performance:**
[redacted] shows understanding of basic grammatical/capitalization skills. He generally begins his sentences with a capital letter, although sometimes he needs prompts to check his writing. [redacted] is also able to write at some length (five or more sentences). [redacted] has difficulties with spelling, both with spelling common sight words and phonetically spelled words.

| **Description of how the student's disability affects the student's access to the general education curriculum:** | **Description of how the student's disability affects the student's progress in the general education curriculum:** |
|---|---|
| The first priority of instructional support in the area of writing should be to correctly spell common grade-level words because this is a basic technical skills that will allow [redacted] to clearly convey his knowledge using written expression. The second priority should be increasing the length and coherence of [redacted] written expression when it is related to ideas/concepts other than [redacted] personal experiences or life. This is imperative because it relates to [redacted] ability to represent his knowledge using written expression. Much of the grade-level standards relate to writing about ideas/concepts not relating to oneself. [redacted] needs to learn to respond appropriately in writing to these sort of prompts at his current reading/writing level so that these skills can be scaffolded up as he rows towards grade-level. This is essential for [redacted] to access grade-level reading/writing content as quickly as possible. [redacted] also needs assistance with organization. He needs to use graphic organizers in order to structure his paragraphs. | [redacted] disability impacts his ability to make the greatest achievement/growth in written expression in the general education classroom. Although [redacted] is willing to write at length about himself, he requires prompts, proximity, and guidance in self-revision in order to write complete albeit short responses about prompts not related to himself (as most of the grade-level standards require). In addition, [redacted] spelling skills and written fluency deficits are below the skills that are meant to be explicitly targeted in a grade-level general education setting. The following are accommodations that will help mitigate the impact of the deficit: positive reinforcement/prompts to encourage extended responses to books and explicit instruction on grade-level high frequency words. These will mitigate [redacted] deficit by providing an environment/support system within which [redacted] can reach his full potential and giving him the specific tools to do so. |

**Annual Goal 1:**
By the end of the current school year and with the provision of adequate supports and services, [redacted] will comprise an argumentative essay in support of a given claim incorporating ample evidence as well as transition words and phrases whilst including a sound concluding statement, in 3 out of 4 trials with 80% accuracy

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

**Common Core Standards:**
**9.W.1** - Write arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence.
**9.W.10** - Write routinely over extended time frames (time for research, reflection, and revision) and shorter time frames (a single sitting or a day or two) for a range of tasks, purposes, and audiences.
**9.W.1.c** - Use words, phrases, and clauses to link the major sections of the text, create cohesion, and clarify the relationships between claim(s) and reasons, between reasons and evidence, and between claim(s) and counterclaims.

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
|---|---|---|
| [redacted] functions below grade level in the area of writing fluency. | 10/07/2016 | *Work Samples / Each Nine Weeks*<br>*Practice and Drill / Weekly*<br>*Test / Each Nine Weeks* |

**AREA OF CONCERN:**
**Emotional, Social, and Behavioral Development**

**Present Levels of Academic Achievement and Functional Performance:**
[redacted] is in the 8th grade at LaSalle Backus Education Campus in a self-contained Special Education class for students with a disability classification of Emotional Disturbance. He is eager to learn and enjoys project based learning and several extra-curricular activities. When engaged, [redacted] has demonstrated he can follow directions, complete tasks and remain respectful to adults.

When faced with conflict with a peer, [redacted] has difficulty resolving the conflict appropriately which often escalates into a physical altercation and occur 2 - 3 times per week. [redacted] is able to process with his social worker following an incident, however he often has difficulty taking responsibility for his actions and feels as if he is the victim.

On the Ohio Mental Health Youth Problem, Functioning and Satisfaction Scale, [redacted] identified "Fits of Anger" and "Feeling Lonely and having No Friends" has somewhat difficult for him indicating social interactions can be problematic for him. He currently participates in a CBITS (Cognitive Behavioral Interventions for Trauma in Schools) group at school and has been a willing and active member.

| **Description of how the student's disability affects the student's access to the general education curriculum:** | **Description of how the student's disability affects the student's progress in the general education curriculum:** |
|---|---|
| [redacted] has difficulty accessing the general education curriculum when he has to be removed from the classroom in order to de-escalate following an altercation. | [redacted] has difficulty making progress in the general education setting when his emotions are disregulated and he is unavailable for learning. |

**Annual Goal 1:**
Given adult support, positive reinforcement and verbal praise, [redacted] will utilize appropriate conflict resolution skills when faced with a conflict with a peer in 4 out of 5 observed opportunities as evidenced by his ability to walk away, expressing himself appropriately and/or asking for help.

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
|---|---|---|
| [redacted] is currently able to resolve conflicts in 2 out of 5 opportunities. | 10/08/2016 | *Checklist /*<br>*Observation / Weekly* |

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

# Individualized Education Program (IEP)

**Annual Goal 2:**
Given adult support, positive reinforcement and verbal praise, [redacted] will take responsibility for his actions in 4 out of 5 observed opportunities as evidenced by his ability to recount an incident accurately, state his part of the incident and state at least 2 other appropriate ways he could have responded.

| **Baseline:** | **Anticipated Date of Achievement:** | **Evaluation Procedures and Schedule:** |
|---|---|---|
| [redacted] has difficulty taking responsibility for his actions - 2 out of 5 observed opportunities. | 10/07/2016 | *Checklist / Observation / Weekly* |



1200 First Street, NE Washington, DC 20002 T 202.442.4800 F 202.442.5518 www.k12.dc.us

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## SPECIAL EDUCATION AND RELATED SERVICES

### Special Education Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Specialized Instruction | Outside General Education | 10/08/2015 | 10/07/2016 | 26.5 hr per wk |

### Related Services

| Service | Setting | Begin Date | End Date | Time/Frequency |
|---|---|---|---|---|
| Behavioral Support Services | Outside General Education | 10/08/2015 | 10/07/2016 | 4 hr per mon |

### Other Classroom Aids and Services

*This section documents aids, services, and other supports that are only provided in regular education classes or other education-related settings to enable children with disabilities to access the curriculum and are not accommodations provided in the Statewide-Assessment.*

The scholar uses computer and calculator while in the general education setting. Regarding his behavior, [redacted] may benefit from class wide visual cues for emotional control strategies, like breathing techniques, counting, etc. [redacted] may benefit from a safe place in the school where he can go when he needs a break. [redacted] may benefit from a check in person in the morning.

## DEDICATED AIDES

Student requires the support of a dedicated aide: [ ] Yes [X] No

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of Special Education

# Individualized Education Program (IEP)

## LEAST RESTRICTIVE ENVIRONMENT (LRE)

*This section describes student needs that require removal from general education to receive the following special education and related services. Note: The nature and/or severity of the disability must be such that the student can only make progress on IEP goals and objectives by being removed from the general education classroom to receive these services.*

| Service | Time/Frequency | Reason services cannot be provided in general education setting |
|---|---|---|
| Specialized Instruction | 26.5 hr per wk | The student requires a self-contained environment in order to succeed academically and behaviorally. |
| Behavioral Support Services | 4 hr per mon | Student requires behavior support in order to access the general education curriculum. |

**Describe supplemental supports and services that were previously attempted in a general education setting.**
[redacted] has been monitored and supported in the general education setting, but continues to need supports in reading and writing.

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## CLASSROOM ACCOMMODATIONS AND STATEWIDE OR ALTERNATE ASSESSMENT PARTICIPATION

*Accommodations are made as appropriate to allow the student to advance toward attaining his/her annual goals and be involved and progress in the general curriculum. Accommodations in general and special education settings may include several areas (e.g. transportation, school discipline policy, conditional behavioral intervention, assistive technology, grading modifications, curriculum, materials and equipment, limited English proficiency services, professional services, and other services). Any accommodations listed are in effect for the duration of the IEP unless otherwise indicated.*

Student will participate in:

[ ] Regular Statewide Assessment without accommodations
[X] Regular Statewide Assessment with accommodations
[ ] Alternate Assessment - No Accommodations
[ ] Alternate Assessment - With Accommodations

| **Classroom Accommodations** | **Statewide or Alternate Assessment Accommodations** |
|---|---|
| *Presentation* | *Presentation* |
| Clarification/ Repetition of Directions | Clarification/ Repetition of Directions |
| *Response* | *Response* |
| Calculation Device on Non-Calculator Sections | Calculation Device on Non-Calculator Sections |
| *Setting* | *Setting* |
| Preferential seating | Preferential seating |
| Location with minimal distractions | Location with minimal distractions |
| Small group testing | Small group testing |
| *Timing and Scheduling* | *Timing and Scheduling* |
| Extended Time | Extended Time |
| Flexibility in Scheduling | Flexibility in Scheduling |
| Test Administered Over Several Days | |
| Frequent Breaks | Frequent Breaks |

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Special Education

# Individualized Education Program (IEP)

## SPECIAL EDUCATION TRANSPORTATION

Student requires transportation services: [X] Yes [ ] No

Category under which student qualifies for special education transportation: ASP
Mode of Transportation: DOT Vehicle
Justification for why student who qualifies for special education transportation services in the form of Metro fare cards is being transported in an OSSE DOT Vehicle:

| |
|---|
| Student attends a specialized program outside of his boundary. |

| **Support Area** | **Details** |
|---|---|
| **Behavior Intervention Needs** | Student has aggressive tendencies and requires an assigned seat in close proximity to an adult and possibly away from students that might trigger him. |

## EXTENDED SCHOOL YEAR

Eligibility for receiving extended school year services must be discussed each year at the student's annual IEP meeting.

ESY Services are required for the provision of FAPE: [ ] Yes [X] No

## ESY TRANSPORTATION

Student requires ESY transportation services: [ ] Yes [ ] No

## GRADUATION PLANNING

Projected Exit Category:
[X] H.S. Diploma
[ ] H.S. Certificate prior to age 21
[ ] H.S. Certificate at age 21

Date of Projected Graduation: 06/14/2019

*The terms set forth in this IEP are not invalidated, in whole or in part, by disagreement from any participant, including the parent. A parent who disagrees with an IEP Team decision regarding the student's eligibility, evaluation, placement, or terms of service may challenge the decision by exercising the rights afforded to all parents under the procedural safeguards. A parent may refuse to provide consent for the initial provision of services, or revoke previously provided consent at any time if disagreement about services arises after the initial provision of services. [34 C.F.R. §300.9(c)(1); 34 C.F.R. §300.300(b)(4)] A parent who revokes consent for Part B services does so fully for all special education and related services listed on the student's IEP.*

DISTRICT OF COLUMBIA

Office of Special Education

# Service Tracker

**Student Information**

**Student:** [redacted] **Local ID:** 9321513 **State USI:** 5903565733 **DOB:** [redacted] **Grade:** 9

**Last Eligibility Meeting Date:** 03/11/2015 **Last IEP Annual Review Meeting Date:** 03/03/2015

**LEA/School Information**

**LEA of Enrollment:** District of Columbia Public Schools **Case Manager:** Kindra Mizell

**School/Site:** Columbia Heights EC (CHEC) **School Phone:** 202-939-7700

**School Address:** 3101 16th St NW, Washington, DC 20010

**Service Date Range:** 09/01/2015 to 09/30/2015

**Provider Name:** Thomasina Garner

**IEP Start Date:** 03/03/2015
**IEP End Date:** 03/02/2016
**Service Code:** Behavioral Support Services
**Report Date:** 10/14/2015

| Date of Service | Service Type | Duration | Group Size | Area Covered | Response | ESY Service? | Provider Initials |
|---|---|---|---|---|---|---|---|
| 09/04/2015 | Consultation | 45 | 4-8 | Social Work Services/Treatment | Evaluation | No | |
| **Progress Notes:** Provider completed started and completed record review on student and pulled specific evaluative data. | | | | | | | |
| 09/04/2015 | Consultation | 60 | 9 or more | Social Work Services/Treatment | Not applicable | No | |
| **Progress Notes:** Introductory letter was drafted, copied and prepared for mailing to parent regarding related services for student. | | | | | | | |
| 09/16/2015 | Student Absent | 60 | 1 | Psycho-Social Counseling | Not applicable | No | |
| **Progress Notes:** Provider went to pull student from class for services but learned he was absent. Provider will try again to pull student this week. | | | | | | | |
| 09/17/2015 | Direct Service | 60 | 1 | Psycho-Social Counseling | Inconsistent | No | |
| **Progress Notes:** Provider and student met to establish rapport and for provider to learn about his background, concerns, behavior, and needs. Student perceives himself as having glorified anger management issues. He is also on 2 or 3 medications. He has engaged in risky behaviors at a young age and he is fast approaching 14 years of age. Also, he has crossed some boundaries and as a result, provider knows work will be gradual. Provider started work on changing his view of anger and will continue. | | | | | | | |
| 09/21/2015 | Direct Service | 90 | 4-8 | Parent Counseling and Training with student present Psycho-Social Counseling | Inconsistent | No | |
| **Progress Notes:** Provider attended student's MDR meeting. Student and parent were present. Information regarding outcome of session wth student, the reasons for an event, and confusing messages were discussed. Student's medical history was also discussed. Provider will work on reaching student and gently urging him to make adjustments in his behavior and view of anger. | | | | | | | |
| 09/23/2015 | Direct Service | 20 | 2-3 | Psycho-Social Counseling | Progressing | No | |
| **Progress Notes:** Provider met with student about his involvement in teasing a classmate and made sure student ceased the activity and was able to settle down in his class. Student had difficulty understanding why the other student got upset. Provider made student aware of bullying and fact that it would not be tolerated. Student adjusted his behavior. Provider will continue to address, set limits on and monitor student's behavior. | | | | | | | |

By signing and dating this service tracker report, I agree that all documented direct services are complete and accurate.

1.866.610.8030
EASY

Document Created on '10/14/2015'
10/-.0028FC3A

[redacted]
**State USI:** 5903565733 **Local ID:** 9321513
**Page:** 1 **Columbia Heights EC (CHEC)**

DISTRICT OF COLUMBIA

Office of Special Education

Provider Signature: ______________________ Credentials: ______________________ Date: ________

Supervisor Signature: ______________________ Date: ________

1.866.610.8030 EASY

Document Created on '10/14/2015'

10/-.0028FC3A

[redacted]

Page: 2

State USI: 5903565733

Local ID: 9321513

Columbia Heights EC (CHEC)

DISTRICT OF COLUMBIA

Office of ... Education

# Service Tracker

**Student Information**

**Student:** [redacted] **Local ID:** 9321513 **State USI:** 5903565733 **DOB:** [redacted] **Grade:** 9
**Last Eligibility Meeting Date:** 03/11/2015 **Last IEP Annual Review Meeting Date:** 03/03/2015

**LEA/School Information**

**LEA of Enrollment:** District of Columbia Public Schools **Case Manager:** Kindra Mizell
**School/Site:** Columbia Heights EC (CHEC) **School Phone:** 202-939-7700
**School Address:** 3101 16th St NW, Washington, DC 20010

**Service Date Range:** 10/01/2015 to 10/31/2015
**Provider Name:** Thomasina Garner

**IEP Start Date:** 03/03/2015
**IEP End Date:** 03/02/2016
**Service Code:** Behavioral Support Services
**Report Date:** 11/11/2015

| Date of Service | Service Type | Duration | Group Size | Area Covered | Response | ESY Service? | Provider Initials |
|---|---|---|---|---|---|---|---|
| 10/05/2015 | Direct Service | 10 | 2-3 | Psycho-Social Counseling Social Work Services/Treatment | Inconsistent | No | |
| **Progress Notes:** Provider assisted student with resolving a minor situation between him and a teacher. Student was able to return to class. Provider still building a rappport with student and gently persuading him to make adjustments in his behavior. Student is responding. Provider will continue to correct him and be available when he comes to provider. | | | | | | | |
| 10/08/2015 | Direct Service | 45 | 2-3 | Psycho-Social Counseling | Inconsistent | No | |
| **Progress Notes:** Provider observed student in one of his classes. He completed his work but was playful with comments and a male peer. Provider had student practice correcting his comments. Student did as requested. Provider will continue to build a rapport with him and gently persuade him to make corrections in behavior and thinking. | | | | | | | |
| 10/08/2015 | Direct Service | 60 | 2-3 | Social Work Services/Treatment | Maintaining | No | |
| **Progress Notes:** Provider attended a meeting for student and student and parent were present. | | | | | | | |
| 10/12/2015 | Consultation | 60 | 2-3 | Social Work Services/Treatment | Maintaining | No | |
| **Progress Notes:** Provider reviewed student's BIP and made notes regarding a safety plans and other needs of student. Provider will create safety plan and most likely a checklist for student at a later date. | | | | | | | |
| 10/20/2015 | Direct Service | 75 | 1 | Psycho-Social Counseling | Progressing | No | |
| **Progress Notes:** Student came to provider to report some of his activities in classes. He had a complaint but was made to practice identifying options other than fighting. Student did well but mentioned that he would allow himself to lose it by the afternoon because he wanted to go home. Well, by afternoon he lost it. He was involved in an incident, had a temper tantrum and proceeded to escalate his mood and behavior when interacting with the sped. coordinator. Student allowed provider to talk him down. Provider will continue to gently persuade student to control his behavior and try other options for resolving problems. | | | | | | | |
| 10/28/2015 | Direct Service | 75 | 1 | Psycho-Social Counseling | Progressing | No | |
| **Progress Notes:** Student had a compaint about one of his teachers. he came to provider to discuss it and to prevent an incident. Student came to provider at least 3 times. His being allowed to go home when upset when attending his previous school was also discusssed. By the second time, he shared that he wanted to let himself go and that he would most likely do so in the afternoon. Provider made an effort to talk him out of it and to convince him that he is doing well and following through so far on what was asked of him - to make an effort to control himself. Provider praised, thanked and encouraged him to continue. Provider will continue work to reach student and have him practice replacement behaviors. | | | | | | | |
| 10/30/2015 | Consultation | 15 | 9 or more | Student Progress Assessment | Evaluation | No | |

1.866.610.8030 EASY

Document Created on '11/11/2015'
10/-.0029A38F

[redacted] **State USI:** 5903565733 **Local ID:** 9321513
**Page:** 1 **Columbia Heights EC (CHEC)**

DISTRICT OF COLUMBIA

Office of Special Education

**Progress Notes:** Provider completed student's progress report for reporting period #1.

By signing and dating this service tracker report, I agree that all documented direct services are complete and accurate.

Provider Signature: ______________________ Credentials: ______________________ Date: __________

Supervisor Signature: ______________________ Date: __________

**Subject:** [redacted] Meeting Notes
**From:** Joseph Golinker <joseph.golinker@camoranlaw.com>
**Date:** 10/16/15, 12:44 PM
**To:** "resheeda.hinkson@dc.gov" <resheeda.hinkson@dc.gov>
**CC:** "Shawn Smith (shawnnsmith516@gmail.com)" <shawnnsmith516@gmail.com>

Ms. Hinkson,

Attached are the meeting notes I took from last week's meeting. If there are any additions or corrections you'd like to make please let me know.

Best,

Joey

---

Joey Golinker
Special Eucation Advocate
Moran & Associates
1220 L Street NW Suite 700
Washington, DC 20005
Joseph.Golinker@camoranlaw.com
(P) 202.742.2005
(F) 202.742.2097

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

—Attachments:

IEP Notes Revised.docx 14.4 KB

DISTRICT OF COLUMBIA

# Office Discipline Referral Form

Date: 10/20/2015

Name of person referring (first and last): Jezelle Estrado

Student name (first and last): [redacted]

Location of incident: C308

Time of incident: 9:45

Briefly describe the specific behavior warranting referral: At 9:45 students were getting ready to transition to their next activity for the class. [redacted] returned into the classroom after walking out without permission, he proceeded to roll around the classroom in a rolling chair, I instructed him to not use the chair and to get his portfolio so he could work at a computer, he got out of the chair and started walking out of the classroom. I stepped out of the classroom to roll the chair into an office to not provide further distraction, when I returned I saw [redacted] running through the classroom being chased by [redacted] as they jumped over chairs and tables. [redacted] was holding a bag of chips that he had stolen out of [redacted] backpack, I noticed Ms. Suzanne who was doubled over in pain holding her leg as a student assisted her, the student was saying "You hurt Ms. Suzanne, you need to stop, you hurt Ms. Suzanne" I instructed both of them to stop running and called for security. When security entered the classroom the pair stopped running, I intructed [redacted] to give [redacted] back his chips he refused and proceeded to open the bag and start eating them. I told [redacted] that he was not allowed to eat in the class and that he needed to throw the chips away, he responded that he wasn't going to throw them away but would put them away. Officer Hill called for back up from Officer Johnson who arrived a short time after and called for Officer Ramirez and the nursing staff. [redacted] became agitated and asked to leave, I instructed him that he needed to calm down before he went anywhere, he replied that he would just "tear up the room if you don't let me leave". He attempted to push past me to get out of the door and was unsuccessful and proceeded to knock the Behavioral Tech's desk over, the pencil sharpner, pushed all of my files/papers off of my desk, and picked up my laptop to throw at which point Officer Hill stepped in and escorted him out of the classroom.

Please list any others involved in incident as necessary (list names)

☒ Peers ☒ Staff ☐ Teacher ☐ Other:

Name(s): [redacted], [redacted]

| Did you attempt any of the following classroom strategies before referring? | |
|---|---|
| ☐ Asked student to explain situation | ☐ Positive reinforcement for appropriate behavior |
| ☐ Changed seating | ☐ Presented both written and verbal directions |
| ☐ Coaching/met with student | ☒ Proximity to student |
| ☐ De-escalation strategy | ☐ Reduced distractions |
| ☐ Differentiated instruction/task | ☒ Verbal redirection (restate expectations) |
| ☐ Increased positive interactions with student | ☐ Other strategy: |
| ☒ Non-verbal attention/visual cue | |

PLEASE COMPLETE AND SUBMIT TO PRINICPAL OR DESIGNATED DISCIPLINE PERSONNEL FOR YOUR SCHOOL

P-9-1

**FOR ADMINISTRATIVE USE ONLY:**

**Date Received:** **Tier Behavior Code(s):**

**Action Taken:**

P-11-10

DISTRICT OF COLUMBIA

Office of Special Education

# IEP Progress Report - Annual Goals

| | | | |
|---|---|---|---|
| **Student Information** | | | |
| **Student Name:** [redacted] | **Student ID #:** 5903565733 | **Date of Birth:** [redacted] | **Student Grade:** 9th Grade |
| **Eligibility Begin Date:** 03/11/2015 | **Eligibility End Date:** 03/11/2018 | **IEP Begin Date:** 03/03/2015 | **IEP End Date:** 03/02/2016 |
| **School Information** | | | |
| **School Name:** Columbia Heights EC (CHEC)<br>**School Address:** 3101 16th St NW, Washington, DC, 20010 | | **School Phone:** 202-939-7700 | **Case Manager:** Kindra Mizell |
| **Reporting period:** Reporting Period 1 (08/24/2015 - 10/30/2015)<br>**Report Date:** 10/29/2015 | | | |

*This document outlines the progress that is being made on each of the student's Individualized Education Program (IEP) Goals. The progress codes and comments for each reporting period will indicate whether or not progress is sufficient to achieve the IEP Goals by the end of the year.*

**Academic-Reading**

| | |
|---|---|
| **Goal:** After reading a short story written at grade level, [redacted] will use at least (2) pieces of textual evidence —one explicit, and one implicit—to support analysis of the main characters and their relationships with each other in 4 out of 5 stories.<br><br>**Common Core Standard:8.RL.1**<br>Cite the textual evidence that most strongly supports an analysis of what the text says explicitly as well as inferences drawn from the text. | **Reporting Period 1** |
| **Comments for Reporting Period 1 (08/24/2015 - 10/30/2015)** | |
| **Goal:** By March 2016, after reading a short story at grade level, [redacted] will write a brief essay (15-25 sentences) that identifies a minimum of (3) of the significant events/changes related to the plot and, for each event/change, describe how it advances the plot or foreshadows a future event in 2 out of 3 stories.<br><br>**Common Core Standard:8.RL.1**<br>Cite the textual evidence that most strongly supports an analysis of what the text says explicitly as well as inferences drawn from the text. | **Reporting Period 1** |
| **Comments for Reporting Period 1 (08/24/2015 - 10/30/2015)** | |

DISTRICT OF COLUMBIA

Office of Special Education

P-11-11

**Academic-Written Expression**

| | |
|---|---|
| **Goal:** [redacted] will be able to effectively draft and organize an informative essay on his independent level with 80% accuracy and in 3 out 4 trials with minimal prompts.<br><br>**Common Core Standard:**8.W.2<br>Write informative/explanatory texts to examine a topic and convey ideas, concepts, and information through the selection, organization, and analysis of relevant content.<br>**Common Core Standard:**8.W.2.a<br>Introduce a topic clearly, previewing what is to follow; organize ideas, concepts, and information into broader categories; include formatting (e.g., headings), graphics (e.g., charts, tables), and multimedia when useful to aiding comprehension. | **Reporting Period 1** |
| **Comments for Reporting Period 1 (08/24/2015 - 10/30/2015)** | |
| Goal: By March 2016, after reading (2) grade level texts on a topic, [redacted] will write a paragraph that demonstrates understanding of the texts and represents his/her opinion on the topic by writing a paragraph that includes at least (1) original claim (i.e. not a summary of a claim from the texts) with (2) pieces of supporting evidence which cite information from credible sources in (4 out of 5) trials as measured by a teacher created rubric.<br><br>**Common Core Standard:**8.W.1<br>Write arguments to support claims with clear reasons and relevant evidence.<br>**Common Core Standard:**8.W.1.a<br>Introduce claim(s), acknowledge and distinguish the claim(s) from alternate or opposing claims, and organize the reasons and evidence logically. | **Reporting Period 1** |
| **Comments for Reporting Period 1 (08/24/2015 - 10/30/2015)** | |

P-11-12

DISTRICT OF COLUMBIA

Office of Special Education

| | |
|---|---|
| **Goal:** By March 2016, when given a narrative writing prompt, [redacted] will write a multi-paragraph composition including a minimum of (7) transition words or phrases (e.g. "first", "finally", "meanwhile", "in the distance") when conveying a change of setting or time frame in the story for 3 out of 4 narratives as measured by a teacher created rubric.<br><br>**Common Core Standard:**8.W.1<br>Write arguments to support claims with clear reasons and relevant evidence.<br>**Common Core Standard:**8.W.1.a<br>Introduce claim(s), acknowledge and distinguish the claim(s) from alternate or opposing claims, and organize the reasons and evidence logically. | **Reporting Period 1** |
| **Comments for Reporting Period 1 (08/24/2015 - 10/30/2015)** | |

**Emotional, Social, and Behavioral Development**

| | |
|---|---|
| **Goal:** Given adult support, positive reinforcement and verbal praise, [redacted] will utilize appropriate conflict resolution skills when faced with a conflict with a peer in 4 out of 5 observed opportunities as evidenced by his ability to walk away, expressing himself appropriately and/or asking for help.<br><br>**Common Core Standard:** | **Reporting Period 1** |
| **Comments for Reporting Period 1 (08/24/2015 - 10/30/2015)**<br><br>Thomasina Garner, Social Worker, 10/29/2015:<br>[redacted]s gradually progressing regarding conflict resolution skills period, rather with a peer or an adult. He is beginning to seek out an adult resource when bothered by a situation involving either peer or adult. | Progressing |
| **Goal:** Given adult support, positive reinforcement and verbal praise, [redacted] will take responsibility for his actions in 4 out of 5 observed opportunities as evidenced by his ability to recount an incident accurately, state his part of the incident and state at least 2 other appropriate ways he could have responded.<br><br>**Common Core Standard:** | **Reporting Period 1** |

P-11-13

DISTRICT OF COLUMBIA

Office of Special Education

| Comments for Reporting Period 1 (08/24/2015 - 10/30/2015) | Progressing |
|---|---|
| Thomasina Garner, Social Worker, 10/29/2015:<br>[redacted] does not like to take responsibility for his actions but he can do it. | |

# Re: [redacted] Kicking/Banging on ISS door

Rayamajhi, Pankaj (DCPS) <pankaj.rayamajhi@dc.gov>

Wed 11/18/2015 12:54 PM

To: Duvall, Ryan (DCPS) <Ryan.Duvall@dc.gov>; Hinkson, Resheeda A. (DCPS) <resheeda.hinkson@dc.gov>;

Cc: Garner, Thomasina (DCPS) <thomasina.garner@dc.gov>; Tukeva, Maria (DCPS) <maria.tukeva@dc.gov>; Campbell, Kiah (DCPS) <Kiah.Campbell@dc.gov>; Lee, Brittany (DCPS) <brittany.lee@dc.gov>; Saxon, Donna F. (DCPS) <donna.saxon@dc.gov>; Pough, Samuel (DCPS) <samuel.pough@dc.gov>; Powell, Javaris (DCPS) <Javaris.Powell@dc.gov>;

We had a serious issue with [redacted] earlier today. He removed a glass pane from a fire extinguisher box on the 2nd floor and walked the building for about 20 minutes. Coach Pough and I were able to intervene. He pushed me a few times and was trying to walk out the door saying that he wanted to be suspended for 45 days. I was able to get MPD assistance at the door. I have included all those who were involved.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
Original Message
From: Duvall, Ryan (DCPS)
Sent: Wednesday, November 18, 2015 12:34 PM
To: Hinkson, Resheeda A. (DCPS)
Cc: Rayamajhi, Pankaj (DCPS); Garner, Thomasina (DCPS)
Subject: [redacted] Kicking/Banging on ISS door

Ms. Hinkson,

[redacted] has come to my door several times banging (hard) and kicking (hard) on it. This last time, he did it while Ms. Garner had guest (meeting) in her office. I'm not pleased with his actions at all. I will be writing him up for his actions.

Ryan E. Duvall
In School Suspension Coordinator
Assistant High School Football Coach/Bell

Columbia Heights Educational Campus
Bell Multicultural High School
Lincoln Multicultural Middle School
3101 16th Street NW
Washington, DC 20010

202-939-7700 (Main Office)

P-11-14

DISTRICT OF COLUMBIA

# Office Discipline Referral Form

**Date:** 11/12/15

**Name of person referring (first and last):** Kaitlin Settle Athmer

**Student name (first and last):** [redacted], J [redacted]

**Location of incident:** A162

**Time of incident:** 2:00-2:45

**Briefly describe the specific behavior warranting referral:** The three students above entered class late, around 2:00 to 7th period, first(T ) and(J ) then [redacted] They were individually greeted at the door and directions were explained--they were to come in quietly to sit and finish watching the intro video lesson for today's class. J [redacted] and T [redacted] were pushing each other as then approached the door, and after being separated, then cotinued to push each other and throw jabs at each other as they entered the classroom. They proceeded to walk around the classroom, talking and interrupting students who were watching the video lesson. [redacted] entered the room and took a seat at the back quietly. He got out some notebook paper and started drawing, but looking up at the video, and the other two boys, every once and a while. After T continued to instigate Jerrell in physical "play", he went up to the computer to stop it, and started to yell obscenities. As I attempted to continue to redirect both(T [redacted] and [redacted] to find a seat and lower their voices, [redacted] decided that he wanted to bet [redacted] if they could jump up onto the table desks with both feet. This is when [redacted] got in on it, getting out of his seat to egg on(T ) and(J ) (T ) took him up on his offer and jumped up onto the desks. Prompted to get down(J ) did, but the(T ) jumped up and proceeded to walk around on the desks. Upon entry of another student (J ) (T ) punched him in the stomach saying he was "just playing." At some point during this commotion, I sent a text to Ms. Hinkson to come help and get(T ) also saying there were no aides in class at that point (there was no extension list at the phone in this classroom). After some more jumbling from [redacted] and [redacted] I was able to get(T ) to come for a walk out of the classroom. [redacted] and Jerrell then sat down and Wei Wei remained in the class. Five feet from the door,(T ) immediately calmed down and we walked calmly and quietly up to my classroom A212. (T ) complained about being hungry and not eating lunch, so I gave him a little pack of pretzels--he ate a couple and then threw the rest away. We talked about his behavior to that point and he mentioned not taking his medicine. He was also completely out of uniform! I'm not sure how exactly his medicine effects him, but he was coherent, respectful, and communicative in our one-on-one conversation, as he has been on previous days. He mentioned not eating lunch, and problems in life that he didn't want to talk about. I reassured him that I would be there if he needed to talk or needed anything. He thanked me. We walked back down to the classroom, again very calmly having a good conversation. I reiterated expectations for entry into the class, and(T ) said back to me. The second we entered the classroom, he immediately ran to [redacted] and started punching him and kicking him. They proceeded this fighting and running around the classroom. Another incident occurred while I was out with(T ): (A. ) and(J ), so everyone was up in arms when we returned and Wei Wei was redirecting [redacted] who had seemed to have just thrown whiteboard markers across the classroom. With the boys being so physical, Wei Wei and a couple other students looked very overwhelmed, so I suggested they leave the classroom to go upstairs. [redacted] (T ) and(J ) continued to "play" and then(T ) went to the computer/projector and tried to load a music video on YouTube. When I prompted him to sit down, he said "I'll just get on this computer, bitch." When I said that was inapprorpiate language to a teacher and in general, he tried to claim that it was toward Jerrell who was also punching him to get off the laptop/projector. [redacted] was running around and put himself in the closet and closed the door. With Wei Wei and the couple other students out, I was prompting to sit down and talk out what's going on and how we can help fix it, but they didn't like that they were the only ones in the room ([redacted] (T ) and(J ) (J ), and proceeded to get up and fight and thrash even more. They wanted to get out of the classroom and thoguht we were keeping them in there. That's when(T ) (J ) and [redacted] went to lift up the blinds, (T ) or(J ) opened the window, and then [redacted] got up on the table in front of the window and started to go out. He saiid he was pushed then, but somehow he got completely out of the window and then(J ) closed the windown on [redacted] (J ) had out his phone and wanted to get in on video/snap chat so the boys continued to hoot and holler. I left to try to find someone in the hallway or go out the door to get [redacted] I couldn't find anyone before [redacted] was beside me in the hallway, back in from the window. In front of Mr. Molina's office, I tried to ask what happened and why and that's when he

said he was pushed. We all were back into the classroom, again trying to get everyone together in some sort of conversation, and that's when [redacted] went to the corner of the classroom, unplugged a blue ethernet cord from the computer and started whipping it around. When I redirected him and was about 10 feet away, he said something like "don't get any closer or" or "if you get closer" and then "I'll whip you with this." That's when I immediately backed away and asked one of the aides (Ms. Brown, not assigned to this class, but happened to be walking by) to go get security. [redacted] continued to whip and talked about me calling security. When I said, if you weren't threatening to hit me, I wouldn't have to. He said that he didn't threaten me and that I was lying (with a lot more expletives and name-calling). Reiterating that he did indeed threaten me, he eventually put down the cord and I moved it to another spot in the room. This is when I left because I was feeling frustrated, and frankly, scared, so I needed to leave. Ms. Brown and Ms. Doctor remained in the classroom with the students.

**Please list any others involved in incident as necessary (list names)**

☒ Peers ☐ Staff ☒ Teacher ☐ Other:

Name(s): Joel Sherman, Jonathan Groom, Ms. Settle

| **Did you attempt any of the following classroom strategies before referring?** | |
|---|---|
| ☒ Asked student to explain situation | ☒ Positive reinforcement for appropriate behavior |
| ☐ Changed seating | ☐ Presented both written and verbal directions |
| ☒ Coaching/met with student | ☒ Proximity to student |
| ☒ De-escalation strategy | ☐ Reduced distractions |
| ☒ Differentiated instruction/task | ☒ Verbal redirection (restate expectations) |
| ☒ Increased positive interactions with student | ☐ Other strategy: |
| ☒ Non-verbal attention/visual cue | |

**PLEASE COMPLETE AND SUBMIT TO PRINICPAL OR DESIGNATED DISCIPLINE PERSONNEL FOR YOUR SCHOOL**

**FOR ADMINISTRATIVE USE ONLY:**

**Date Received:** **Tier Behavior Code(s):**

**Action Taken:**

P-10-2

**Columbia Heights EC (CHEC)**
TEL (202)939-7700 | chécdc.org | Principal: Maria Tukeva
District of Columbia Public Schools

**CONFIDENTIAL**
Parent or guardian of
[redacted]
2918 S St SE
Washington, DC 20020

Grade 9 report card (term 1) printed on November 19, 2015 for:

[redacted]

Student ID: 9321513
**Homeroom Teacher: Estrado, J**

## Key areas of [redacted] progress

### [redacted] attendance:

**14 day(s) lost**

| | |
|---|---|
| Days unexcused: | 9 |
| Total days absent: | 14 |
| Tardy: | 5 |

**Reminder: If your student has 10 unexcused absences, the school is required by law to conduct a Student Support Team follow-up and submit information to Metropolitan Police Department.** Chronic truancy can hinder a student's progress and the school's ability to provide for his/her educational needs.

### [redacted] credit and course progress:

[redacted] is currently achieving a passing grade (and is averaging a passing grade) in all courses. That's a strong sign that [redacted] is going to earn enough credit for promotion to the next grade level at the end of the year. Please continue to support [redacted] to ensure that they keep their grades up and pass all courses.

### [redacted] Grade Point Average (GPA):

A GPA is an average of the points earned for each course, ranging from a 4.0 for an A to a 0 for an F. There are three types of GPA:

| | | | | |
|---|---|---|---|---|
| **2.92** | **Term GPA:** Includes only the current term marks, including marks for courses that students are still taking. Results are used for honor roll purposes. | | | |
| | T1: 2.9250 | T2: | T3: | T4: |
| | **Year GPA:** Includes only final marks earned this academic year. Year GPA will very from term to term, depending on a student's schedule. | | | |
| | **Cumulative GPA:** Includes all final marks for courses taken in high school. Takes into account Advanced Placement (AP) and honors. Grades received in a course that a student has retaken for credit do not replace the original failing marks in the course. | | | |

### [redacted] community service hours:

All students must complete Community Service hours, beginning in 9th grade. You will receive updates specific to [redacted] progress in the term 3 report card.

P-11-2

[redacted]

**KEY:** Teachers assign letter grades of A-F to indicate the degree of achievement by a student of the content standards in each course.

| 0-63% | 64-66% | 67-69% | 70-72% | 73-76% | 77-79% | 80-82% | 83-86% | 87-89% | 90-92% | 93-100% |
|---|---|---|---|---|---|---|---|---|---|---|
| F (Fail) | D | D+ | C- | C | C+ | B- | B | B+ | A- | A |

| | | |
|---|---|---|
| N/A | Not Applicable | This course was not taught during the term indicated. |
| NE | No Exam | No final Exam was given. |
| NM | No Mark | No mark was entered at the time the report was printed. Contact your school for an update. |
| I | Incomplete | Indicates a missing project or assignment that will impact the grade. |

| | | |
|---|---|---|
| L | Late Entry | Student transferred to school mid-term. |
| M | Medical | Student had Medical Leave. |
| W | Withdrawal | The student dropped the course within three weeks of enrolling in it. |
| AUD | Audit | The student attends and participates in the course, but is not graded. Also: students who enroll too late in the term to receive a final mark. |

## [redacted] course marks and attendance:

| Course Title (Course Code, Section #) | | Term 1 | Term 2 | Term 3 | Term 4 | Exam | Final | Credit Earned |
|---|---|---|---|---|---|---|---|---|
| **Algebra I-A 1.0** (M23, Section 011) | | C | | | | | | |
| | **Number of absences** | 0 | | | | Total Absences This Year: 0 | | |
| TEACHER: Mizell, Kindra | Poor behavior. | | | | | | | |
| **Biology** (S21, Section 019) | | A | | | | | | |
| | **Number of absences** | 6 | | | | Total Absences This Year: 6 | | |
| TEACHER: Estrado, Jezelle | Excellent initiative. | | | | | | | |
| **CHINESE I** (L73, Section 004) | | C | | | | | | |
| | **Number of absences** | 11 | | | | Total Absences This Year: 11 | | |
| TEACHER: Wei, Wei | Excessive tardiness. Does not bring materials. Poor behavior. | | | | | | | |
| **English I** (E03SC, Section 002) | | A- | | | | | | |
| | **Number of absences** | 8 | | | | Total Absences This Year: 8 | | |
| TEACHER: Lee, Brittany | Pleasure to have in the class. | | | | | | | |
| **Algebra I-B 1.0** (M24, Section 011) | | N/A | | | | | | |
| | **Number of absences** | 0 | | | | Total Absences This Year: 0 | | |
| TEACHER: Mizell, Kindra | | | | | | | | |
| **CHINESE II** (L74, Section 002) | | N/A | | | | | | |
| | **Number of absences** | 0 | | | | Total Absences This Year: 0 | | |
| TEACHER: Wei, Wei | | | | | | | | |
| **World Hist & Geo I: Middle Ages** (HC5SC, Section 002) | | N/A | | | | | | |
| | **Number of absences** | 0 | | | | Total Absences This Year: 0 | | |
| TEACHER: Estrado, Jezelle | | | | | | | | |

P-11-3

[redacted]

## Standardized assessment data:

### Scholastic Reading Inventory (SRI)

SRI is a test that helps understand a student's reading (lexile) level. A 9th grade reading level is lexile level 1000 or above. SRI results as of 2015-09-10 suggest that [redacted] was reading at lexile level 965, which is a 8th grade reading level. Regular reading practice at home helps students to progress. To find books at the right lexile level for [redacted] don't hesitate to reach out to your student's English teacher or visit www.scholastic.com/bookwizard.

## Let us know you received this report:

Please review [redacted] report card and ask your student to hand this slip to Estrado, J.

SIGN AND RETURN ______________________________

First Term 9th grade report card reviewed by parent or guardian of [redacted] [ID 9321513] at Columbia Heights EC (CHEC).

☐ I request a parent/teacher conference with ______________________________

☐ Please call me at this number (______)______________________________

☐ Other feedback:

X______________________________ Date ______________

P-11-4

[redacted]

**Subject:** RE: [redacted] Placement
**From:** "Hinkson, Resheeda A. (DCPS)" <resheeda.hinkson@dc.gov>
**Date:** 11/23/15, 7:00 PM
**To:** Joseph Golinker <joseph.golinker@camoranlaw.com>
**CC:** "Shawn Smith (shawnnsmith516@gmail.com)" <shawnnsmith516@gmail.com>, "Rubenstein, Steven (DCPS)" <Steven.Rubenstein2@dc.gov>, "Mason, Archibald (DCPS)" <archibald.mason@dc.gov>, "Tukeva, Maria (DCPS)" <maria.tukeva@dc.gov>, Charles Moran <charles.moran@camoranlaw.com>

Yes he is in school. I will share with you that once again he has received an additional referral that we can discuss on Monday. Thanks.

Sent on a Sprint Samsung Galaxy S® III

-------- Original message --------
From: Joseph Golinker
Date:11/23/2015 2:53 PM (GMT-05:00)
To: "Hinkson, Resheeda A. (DCPS)"
Cc: "Shawn Smith (shawnnsmith516@gmail.com)" , "Rubenstein, Steven (DCPS)" , "Mason, Archibald (DCPS)" , "Tukeva, Maria (DCPS)" , Charles Moran
Subject: RE: [redacted] Placement

Ms. Smith has confirmed with me that the 30th at 1pm works for her.

**From:** Hinkson, Resheeda A. (DCPS) [mailto:resheeda.hinkson@dc.gov]
**Sent:** Monday, November 23, 2015 1:52 PM
**To:** Joseph Golinker <joseph.golinker@camoranlaw.com>
**Cc:** Shawn Smith (shawnnsmith516@gmail.com) <shawnnsmith516@gmail.com>; Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; Mason, Archibald (DCPS) <archibald.mason@dc.gov>; Tukeva, Maria (DCPS) <maria.tukeva@dc.gov>
**Subject:** RE: [redacted] Placement

Good Afternoon Mr Golinker,

I apologize for the short notice but I am in need of rescheduling his meeting to Monday November 30th at 1 pm. Please let me know if this time works for you. Thanks

**From:** Joseph Golinker [mailto:joseph.golinker@camoranlaw.com]
**Sent:** Monday, November 23, 2015 10:23 AM
**To:** Hinkson, Resheeda A. (DCPS)
**Cc:** Shawn Smith (shawnnsmith516@gmail.com); Rubenstein, Steven (DCPS); Mason, Archibald (DCPS); Tukeva, Maria (DCPS)

**Subject:** RE: [redacted] Placement

I will be at the meeting, and it will be recorded. If you would like me to fill out additional paperwork regarding the recording, please forward that along and I'll have it back to you by COB today.

Thank you,

Joey

**From:** Hinkson, Resheeda A. (DCPS) [mailto:resheeda.hinkson@dc.gov]
**Sent:** Sunday, November 22, 2015 12:11 PM
**To:** Joseph Golinker <joseph.golinker@camoranlaw.com>
**Cc:** Shawn Smith (shawnnsmith516@gmail.com) <shawnnsmith516@gmail.com>; Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; Mason, Archibald (DCPS) <archibald.mason@dc.gov>; Tukeva, Maria (DCPS) <maria.tukeva@dc.gov>
**Subject:** RE: [redacted] Placement

Good Morning Mr Golinker

I have been out of the office over the past few days and upon my return I will provide you with any additional documentation associated with [redacted] behavior this past week. On Friday my team provided Ms. Smith with documentation which she requested to support his medication management appointment. If there is specific documentation you would like to see other than his disciplinary records please let me know.

I do wish to bring to your attention [redacted] behavior this past week which has led to the need for a manifestation determination review meeting November 24, 2015 at 9 am. During this meeting we will discuss his actions and possible consequences for his behaviors which occurred on the following two dates.
1. On Wednesday November 18, 2015, [redacted] removed a glass pane from a fire extinguisher box on the 2nd floor and walked the building for about 20 minutes. Coach Pough and DSO Pankaj were able to intervene. He pushed DSO Pankaj a few times and was trying to walk out the door saying that he wanted to be suspended for 45 days. DSO Pankaj was able to get MPD assistance at the door.
2. On Friday November 20, 2015, at 4:34pm, [redacted] was seen on camera forcing his way through inside the building via Exit 11 and allowing other 6 -8 students to come in as well. (This is of course a breach of our security.) He left immediately after but his action caused damage to the locking mechanism to that door. As a result of his actions there will be a cost associated with the repair of our door.

In the meantime, I will inquire as to an update on his LRE review which we discussed 3 weeks ago.

Please confirm your presence at this meeting whether in person or via the phone.

Thanks

**From:** Joseph Golinker [mailto:joseph.golinker@camoranlaw.com]

**Sent:** Friday, November 20, 2015 11:56 AM
**To:** Hinkson, Resheeda A. (DCPS)
**Cc:** Shawn Smith (shawnnsmith516@gmail.com)
**Subject:** RE: [redacted] Placement

Attached are the documents I have. Please provide anything that is missing.

---

**From:** Joseph Golinker
**Sent:** Friday, November 20, 2015 11:54 AM
**To:** 'resheeda.hinkson@dc.gov' <resheeda.hinkson@dc.gov>
**Cc:** Shawn Smith (shawnnsmith516@gmail.com) <shawnnsmith516@gmail.com>
**Subject:** [redacted] Placement

Ms. Hinkson,

Ms. Smith forwarded me documentation of a new disciplinary issue at CHEC. Please forward me any additional documentation DCPS has related to this issue, and provide an update on the LOS team's progress.

Thank you,

Joey

---
Joey Golinker
Law Clerk
Moran & Associates
1220 L Street NW Suite 700
Washington, DC 20005
Joseph.Golinker@camoranlaw.com
(P) 202.742.2005
(F) 202.742.2097

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

DISTRICT OF COLUMBIA

# Office Discipline Referral Form

**Date:** 23.November.2015

**Name of person referring (first and last):** Felix Breedlove

**Student name (first and last):** Mr. [redacted]

**Location of incident:** Ms. Garner's Office

**Time of incident:** About 14.30 - 14.45

**Briefly describe the specific behavior warranting referral:** Student A was in Ms. Garner's Office, so that he can calm down and be prepared to re-engage his scheduled engagement. Mr. [redacted] started verbally antagonising Student A. As their words started to become heated, Ms. Garner escorted him outside of the office. Whilst being escorted, he threatned to beat up Student A, on the school bus on the way home.

**Please list any others involved in incident as necessary (list names)**

[ ] Peers [X] Staff [ ] Teacher [X] Other: I forget the girl's name.

Name(s): Ms. Garner

| Did you attempt any of the following classroom strategies before referring? | |
|---|---|
| [ ] Asked student to explain situation | [X] Positive reinforcement for appropriate behavior |
| [ ] Changed seating | [X] Presented both written and verbal directions |
| [ ] Coaching/met with student | [X] Proximity to student |
| [X] De-escalation strategy | [ ] Reduced distractions |
| [ ] Differentiated instruction/task | [ ] Verbal redirection (restate expectations) |
| [ ] Increased positive interactions with student | [ ] Other strategy: |
| [ ] Non-verbal attention/visual cue | |

**PLEASE COMPLETE AND SUBMIT TO PRINICPAL OR DESIGNATED DISCIPLINE PERSONNEL FOR YOUR SCHOOL**

**FOR ADMINISTRATIVE USE ONLY:**

**Date Received:**

**Tier Behavior Code(s):**

**Action Taken:**

DISTRICT OF COLUMBIA

# Office Discipline Referral Form

Date: 11/23/2015

Name of person referring (first and last): Nastasia Burnette

Student name (first and last): [redacted]

Location of incident: Gym

Time of incident: 1:05-1:45

**Briefly describe the specific behavior warranting referral:** At 1:00pm I alerted the BES students that we would be leaving the gym in 2 mins to travel to Chemistry class located in room C308. At 1:03 [redacted] refused to leave the gym as directed then I walked the majority of the BES students to Chemistry class. I returned to the gym at 1:05 and [redacted] refused to leave the gym as redircted There were many students in the gym playing basketball with [redacted] all unsupervised. I called for security and the officer ( officer Johnson) called for an administrator over the radio. I even attempted to stop the basketball game by taking the ball. [redacted] did not report to chemistry class 1:05-1:45.

Please list any others involved in incident as necessary (list names)

☐ Peers ☐ Staff ☐ Teacher ☒ Other:

Name(s): Officer Johnson

| Did you attempt any of the following classroom strategies before referring? | |
|---|---|
| ☒ Asked student to explain situation | ☒ Positive reinforcement for appropriate behavior |
| ☐ Changed seating | ☒ Presented both written and verbal directions |
| ☐ Coaching/met with student | ☐ Proximity to student |
| ☒ De-escalation strategy | ☐ Reduced distractions |
| ☒ Differentiated instruction/task | ☒ Verbal redirection (restate expectations) |
| ☒ Increased positive interactions with student | ☒ Other strategy: Asked officer Johnson to assist |
| ☒ Non-verbal attention/visual cue | |

**PLEASE COMPLETE AND SUBMIT TO PRINICPAL OR DESIGNATED DISCIPLINE PERSONNEL FOR YOUR SCHOOL**

**FOR ADMINISTRATIVE USE ONLY:**

**Date Received:**

**Tier Behavior Code(s):**

**Action Taken:**

P-13-1

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS
Office of Specialized Instruction

## BEHAVIOR INTERVENTION PLAN

Student Name: [redacted] ID#: 9206289 DOB [redacted] Grade: 9th

Address: 2918 S St SE Washington, DC Date: 11/24/2105

Telephone (H) 202-763-2340 (W) BIP Developer: Thomasina Garner

Attending School: CHEC Teacher: Jezelle Estrado Room: C-308

TARGETED BEHAVIOR(S):

Physical and Verbal Aggression
Enjoyment of Negative Behaviors
Desire to exhibit loss of self-control
Disrespect of Authority Figures and Teachers

POSITVE INTERVENTION STRATEGIES: Student Objectives

[redacted] will practice expressing his needs and feelings through appropriate verbal communication
[redacted] will learn to follow school rules consistently
[redacted] will learn to interact positively with teachers and Authority Figures
[redacted] will understand the purpose of school and classroom is learning rather than a haven to do as he pleases
[redacted] will agree to a safety that he participants in developing
[redacted] will identify an adult resource, and will go to that adult prior to loss of self-control
[redacted] will practice identifying options to prevent and resolve problems

IMPLEMENTATION DESCRIPTION

[redacted] will receive weekly behavior support services as prescribed in his current IEP
[redacted] will be taught the value of exercising self-control
[redacted] will use 4 or 5 generic rules to teach self-regulation and to resolve or prevent conflict and/or decrease desires to exhibit negative behaviors
[redacted] will select an adult resource and this person will be shared with his teachers
[redacted] BIP and rules will be shared with him so he can understand expectations and behaviors he is to practice
This information will be shared with all of his teachers
A safety plan will be developed by [redacted] and his school social worker and implemented

POSTIVE INTERVENTION STRATEGIES: Teacher Strategies

Teachers will address any reported concerns/ needs
Teachers will provide [redacted] the opportunity to calm down and/or seek assistance with an identified adult
Teachers will develop and use written contracts with [redacted]
Teachers will remind or alert [redacted] to demonstrate alternative behaviors when problem behaviors are likely to occur
Teachers will provide [redacted] with immediate positive feedback
Teachers will redirect negative behavior by providing assistance, offering alternative activity, assigning an errand (class job), reflecting on classroom rules/norms
Teachers will instruct him to follow the set of rules developed particularly for him to grow in self-regulation
Teachers will instruct him to follow the contract written for the class

DESCRIBITION OF MONITORING SYSTEM: Classroom Teacher(s)/Special Education teacher/Social Worker will daily and weekly assess [redacted] progress through behavioral charting/ observation/ consultation and verbal response. Weekly assessment of behavior is communicated to parent via phone, Engrade, or note.

Describe System:

| |
|---|
| See above |

Data Collection timeline

| |
|---|
| Ongoing data collection will be utilized to monitor student progress. This information will be used during parent conferences, IEP meetings and requested reviews to assist in tracking student progress and attainment of IEP goals and modifying behavior. |

Follow-up Meeting Date: TBD

# LRE Classroom Observation Tool

| | |
|---|---|
| **Student Name:** [redacted] | **ID Number:** 9321513 |
| **Date of Observation:** November 24, 2015 | **Time of Observation:** 9.50AM – 12:30PM |
| **Date of Birth:** [redacted] | **Age:** 14 |
| **Disability:** Emotional Disturbance | **Grade:** 9 |
| **School:** Columbia Heights Education Campus | **Referral Source:** Resheeda Hinkson |
| **Observer:** Elva Gloster | **Referral Source Title:** Special Education LEA |

## Reason for Referral:

**This statement of referral was provided** by Resheeda Hinkson / Special Education LEA for Columbia Heights Education Campus, a District of Columbia Public School.

Behavior – '[redacted] behaviors are both self-injurious to self and others. He often absconds from the building, physically assaults teachers and students, unremorseful, and cause damage to property on a daily basis. The staff is unable to keep the student safe and the parent and advocate are considering a residential day treatment center. When faced with conflict with a peer, [redacted] has difficulty resolving the conflict appropriately that often escalates into a physical altercation and occur 2 - 3 times per week. [redacted] is able to process with his social worker following an incident, however he often has difficulty taking responsibility for his actions and feels as if he is the victim. [redacted] identified ""Fits of Anger"" and ""Feeling Lonely and having No Friends"" has somewhat difficult for him indicating social interactions can be problematic for him. He currently participates in a CBITS (Cognitive Behavioral Interventions for Trauma in Schools) group at school and has been a willing and active member. [redacted] has been placed in a self contained BES class with his 10th grade peers who display similar behaviors and academic deficiencies. He receives behavioral support on a weekly through his DCPS social worker, community support worker and a mentor in an effort to change his behavioral impulses. His physician who prescribes and monitors his medication currently follows him; to date none of these interventions has changed his behaviors. He has no remorse when incidents occur nor does he accept his part in an infraction. He absconds from school and class on a daily basis despite providing him with a rigorous curriculum. While the student's BIP is not current the team is willing to revise. He has 3-4

behavioral infractions on a weekly basis and which each infraction his ability to harm himself and others is increasing."

Academic / Instructional – "While his behaviors are extreme he does perform at or above grade leval though sometimes he needs prompts to check his writing. [redacted] is also able to write at some length (five or more sentences). [redacted] has difficulties with spelling, both with spelling common sight words and phonetically spelled words. [redacted] is in the 9th grader in CHEC's self-contained Special Education class for students with a disability classification of Emotional Disturbance. He is eager to learn and enjoys project based learning and several extra-curricular activities. When engaged, [redacted] has demonstrated he can follow directions, complete tasks and remain respectful to adults. [redacted] performance on the Scholastic Reading Inventory (SRI) produced favorable results, as his initial score was 816, which is on grade level. On his second attempt [redacted] scored 859. On his most recent attempt [redacted] scored 769 which is his lowest score to date. [redacted] was somewhat distracted on his last assessment date. [redacted] shows understanding of basic grammatical/capitalization skills. He generally begins his sentences with a capital letter n Scale."

*(This section does not contain comments from this LRE Support Team member.)*

## Classroom Profile:

**Classroom Setting One:** 11/24/2015 / Rm. 303 Ms. Glascoe-Evans (BES Classroom)

__x__ Outside of the general education setting
____ Inside of the general education setting

__5_ Male Student(s)
__0__ Female Student(s)
__0__ General Education Teacher
__1__ Special Education Teacher
__0__ Paraprofessional Aide
__0__ Dedicated Aide(s)
__0__ Other: ______________

**Activity in Progress:**

____ Whole Group Instruction
____ Crisis Intervention
_x__ Small Group/Differentiated Instruction
____ Seatwork
____ Student Directed Activity/Project
____ Other: ________________

Activity – Math - Geometry

Instruction-. Computer math skills, called Soft School.com

Behavior- Compliant - He entered the classroom in a timely manner and selected a computer to begin his geometry Soft School program. He was not observed spending a lot of time talking with his peers. According to his math teacher he is doing well academically.
Periodically the teacher had to redirect him from opening another website rather than the Soft School math program. He immediately complied when redirected. 5

It should be noted that this observer spoke with his advisory period teacher prior to this class. She indicated that he was very bright academically and at times may has problems with his peers but can be redirected once calm. His behavior tech took him for a brief walk because [redacted] and another student began to exchange words. He willing left the room with the behavior tech for a brief walk to cool down. He returned ready for instruction.

**Classroom Setting Two:** 11/24/2015 / Ms. Estrada Rm. 303 (BES Classroom)

__x__ Outside of the general education setting
_____ Inside of the general education setting

__3__ Male Student(s)
_____ Female Student(s)
__0__ General Education Teacher
__1__ Special Education Teacher
_____ Paraprofessional Aide
__0__ Dedicated Aide(s)
_____ Other: ______________

**Activity in Progress:**

_____ Whole Group Instruction
_____ Crisis Intervention
__x__ Small Group/Differentiated Instruction
_____ Seatwork
_____ Student Directed Activity/Project
_____ Other: ______________

P-5-3

Activity – Science

Instruction- Identify the process of scientific inquiring, including the steps of the scientific method and independent and dependent variables.

Behavior - [redacted] was one of the 1st students to enter his classroom. Another class was still in session so He quietly took a seat at a chair in the rear of the classroom until the class dismissed. Once the class dismissed he got his folder and immediately began working on his warm-up activity.

It should be noted that [redacted] remained focused on his work and completed the assignment for this class period while the other 2 male students in the class never worked and played loudly in class.

## Observation Summary:

**Indicate whether the student displayed any of the behaviors described below during this observation:**

| Socialization/Communication Skills | Never | Seldom | Sometimes | Frequently | Always |
|---|---|---|---|---|---|
| Cooperates with individual requests | | | x | | |
| Cooperates with classroom routine | | | x | | |
| Interacts appropriately with peers | | | x | | |
| Interacts appropriately with adults | | | x | | |
| Works independently with minimal prompting | | | | x | |
| Demonstrates self-control | | | x | | |
| Needs continuous support | | x | | | |
| Behaviors require limited seating | | | x | | |
| Disrupts the group | | | x | | |
| Contributes positively to the group | | | | x | |
| Responds positively to the group | | | x | | |
| Responds appropriately to classroom management system | | | x | | |
| Responds positively to prompting | | | | x | |

P-5-4

| Socialization/Communication Skills | Never | Seldom | Sometimes | Frequently | Always |
|---|---|---|---|---|---|
| Listens and responds appropriately | | | | x | |
| Expresses self clearly | | | | | x |
| Verbal behaviors interfere with the learning process | | | x | | |

| Executive Functioning Skills | Never | Seldom | Sometimes | Frequently | Always |
|---|---|---|---|---|---|
| Has needed materials available (e.g., pencil, paper, books, etc. | | | | x | |
| Uses materials appropriately | | | | x | |
| Attempts tasks upon request | | | x | | |
| Attends to task with minimal monitoring | | | | x | |
| Completes tasks independently | | | | x | |
| Request assistance appropriately | | | | | x |
| Demonstrates understanding of observed task | | | | x | |
| Demonstrates appropriate task-related behaviors | | | | x | |
| Disrupts lesson | | | x | | |
| Inability to initiate task related behaviors | | x | | | |
| Follows directions | | | x | | |
| Completes work within allotted time | | | | | x |
| Ask for help or seek more information when needed | | | | X | |

## Records Reviewed:

The following list of documents reflects a summary of some of the documents reviewed in this case:

BEHAVIOR INTERVENTION PLAN (BIP)

- BIP dated 11/24/2015

ASSESSMENTS/EVALUATIONS

- Evaluation Summary Report dated 3/16/2015

- Education Assessment Scores Report dated 3/11/2015

INDIVIDUALIZED EDUCATION PROGRAMS (IEP)

- IEP Meeting Notes dated 10/8/2014
- IEP dated 10/8/2015 (26.5 hrs. per wk. of Specialized Instruction OGE)
- IEP dated 3/3/2015 (26.5 hrs. per wk. of Specialized Instruction OGE)

IEP PROGRESS REPORTS

- IEP Progress Report – Annual Goals for the 1st, 2nd & 3rd Marking Period for the 2013-2014 SY

IEP SERVICE TRACKER FORMS

- Behavior Support Service Tracker forms for the 2015-2016 SY
- Behavior Support Service Tracker forms for the 2014-2015 SY

MISCELANEOUS DOCUMENTS

- LRE Justification Form
- Student Work Folder for Math
- Office Discipline Referral Forms for the 2015-2016 SY (9/17/2015 -fighting, 9/28/2015, 10/20/2015,11/12/2015
- Manifestation Determination dated 9/17/2015
- Manifestation Determination dated 9/21/2015
- Manifestation Determination dated 11/17/2015
- Notice of Disciplinary Action dated 9/21/2015 – 3 Day Suspension (fighting)
- Location of Service Letter dated 6/12/2015
- Emotional Disturbance Disability Worksheet dated 3/11/2015
- Manifestation Determination dated 12/2/2015
- Incident Reports for the 2015-2016 SY
- Behavior Concerns Report dated 11/24/2015
- Attendance Report for the 2015-2016 SY
- Report Card for the 2015-2016 SY
- Location of Service Letter dated 6/12/2015 for CHEC's BES Classroom

## Recommendations: Strategies/Interventions/Resources/Supports, Etc.:

*This report includes the recommendations of this LRE Support Team member only and is advisory in nature. This report should be used for the purposes of assisting the IEP team in determining the appropriate educational planning for* [redacted] *The IEP team will make the final determination regarding all supports, services and educational setting for* [redacted] *Based upon the documents reviewed, interview of school staff, and the LRE Justification Form, it appears that* [redacted] *continues to require a full-time self-contained classroom. setting where academic and behavioral needs can be addressed.*

*The following additional recommendations should be considered:*

☒ Develop effective behavioral interventions including Functional Behavior Assessments (FBAs) and Behavior Intervention Plans (BIPs) that are specifically designed to address the student's current behavioral difficulties.

- *His most recent BIP is dated 11/24/2015. There were no prior BIPS available for review for this report. Ensure that the current BIP addresses his most recent documented behavior concerns and includes appropriate replacement behaviors to be implemented.*
- *Be sure that* [redacted] *is caught being good or exhibiting desired behavior, no matter how small! He was observed compliant at times however, was not consistently recognized for that behavior.*
- *Good rule of thumb is to provide at least 3 non-contingent positive reinforcers to every negative response or verbal redirection for* [redacted]*. This will increase the likelihood of the frequency of any desired behavioral change.*

☒ Develop effective communication with the parent(s)/guardian through the use of a weekly journal, email exchange, point sheet etc. to create a healthy working relationship for the student, parent(s)/guardian, teacher and other school staff. *Be sure that all communications with his parent is not always concerning in behavioral concerns. There should be the same amount of positive parental contact as there is about his behavioral issues. The is strengthen parental support and not inadvertently give the parent the impression that they are not supportive to the school.*

☒ Other: [redacted] *may benefit from a different BES classroom within DCPS with a different staff and peers to promote desired behavioral and academic change.*

## Follow-up:

This report should be used as a tool to support [redacted] when accessing the general education curriculum. It is recommended that [redacted] progress be tracked and documented in SEDs. This case will be revisited within 60-days of the receipt of this report.

P-5-7