OSSE
Office of Dispute Resolution
April 4, 2016

**Seat, Keith (OSSE-Contractor)**

**From:** Steve Nabors <steve.nabors@camoranlaw.com>
**Sent:** Friday, March 11, 2016 4:05 PM
**To:** Rubenstein, Steven (DCPS); Seat, Keith (OSSE-Contractor); Joseph Golinker; Charles Moran
**Subject:** Re: [redacted] Case # 2016-0023 -- Prep for PHC

Mr. Seat,

The Petitioner objects to the appoint of the hearing officer because DC Code section 38-2572.02(b) mandates that ³[I]n selecting hearing officers for administering special education due process hearings, OSSE shall submit potential candidates for review to a 7-member community review panel.² This provision went into effect on March 10, 2015. Even though the hearing officer¹s were selected after March 10, 2015, Nnone of OSSE¹s current hearing officers have been submitted for review to the community review panel because OSSE has not established the 7-member community review panel. As a result, the appointment of the hearing officer violates the Special Education Due Process Hearing Independent and Transparent Act of 2014. The Petitioner respectfully requests appointment of a hearing officer who, as a candidate and prior to selection, was submitted for review the community review panel.

Thank you,

Steve Nabors
Moran and Associates
1220 L St. NW
Suite 700
Washington, D.C. 20005
(202) 742-2056 (Office)
(202) 742-2097 (Fax)

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

On 3/9/16, 4:50 PM, "Rubenstein, Steven (DCPS)"
<Steven.Rubenstein2@dc.gov> wrote:

>The RSM was held on February 19. I've asked for the disposition form
>and will file it once I receive it.
>
>I am confirming the PHC for this Friday at 3 pm.
>
>Thank you,
>Steven Rubenstein
>
>-----Original Message-----

>From: Seat, Keith (OSSE-Contractor)
>Sent: Wednesday, March 09, 2016 4:45 PM
>To: Joseph Golinker; Rubenstein, Steven (DCPS); Charles Moran; Steve
>Nabors
>Subject: RE: [redacted] Case # 2016-0023 -- Prep for PHC
>
>Good afternoon, Counsel.
>
>Are we set for our prehearing conference on Friday?
>
>Please email your list of witnesses prior to the prehearing conference,
>and I will include them in a draft Prehearing Order that I expect to
>circulate prior to the PHC. Please include name, title, the general
>area of testimony, and whether you will seek to qualify them as an
>expert (and if so in what area).
>
>Also, has the RSM been held? If so, please be sure to file the
>Resolution Period Disposition Form.
>
>Thanks.
>
>Keith L. Seat, Esq.
>Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
>810 First Street, N.E., Second Floor
>Washington, D.C. 20002
>Phone: 301-681-7450
>Cell: 301-523-5535
>Fax: 301-681-9243
>Email: keith.seat@dc.gov
>
>This electronic message transmission contains information that may be
>confidential and/or privileged. The information is intended for the
>use of the individual or entity named above. If you are not the
>intended recipient, be aware that any disclosure, copying, distribution
>or use of the contents of this information is prohibited. If you have
>received this electronic transmission in error, please notify me
>immediately by telephone (301-681-7450) or by email.
>
>
>-----Original Message-----
>From: Seat, Keith (OSSE-Contractor) [mailto:keith.seat@dc.gov]
>Sent: Tuesday, February 23, 2016 11:01 AM
>To: Joseph Golinker <joseph.golinker@camoranlaw.com>; Rubenstein,
>Steven
>(DCPS) <Steven.Rubenstein2@dc.gov>; Thomas, Zoe (OSSE)
><zoe.thomas@dc.gov>; Charles Moran <charles.moran@camoranlaw.com>;
>Steve Nabors <steve.nabors@camoranlaw.com>
>Subject: RE: [redacted] Case # 2016-0023 -- OSSE Motions to Dismiss
>
>Mr. Golinker, yes, I will certainly include you and Mr. Nabors on all
>future emails in this case, and request that Mr. Rubenstein do so as
>well. I hope Mr. Moran recovers easily.

>
>Thank you for your filing, Ms. Thomas. Since your client has been
>dismissed, I will omit you from future emails in the case and request
>that counsel do so as well.
>
>Take care,
>Keith L. Seat, Esq.
>Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
>810 First Street, N.E., Second Floor
>Washington, D.C. 20002
>Phone: 301-681-7450
>Cell: 301-523-5535
>Fax: 301-681-9243
>Email: keith.seat@dc.gov
>
>This electronic message transmission contains information that may be
>confidential and/or privileged. The information is intended for the
>use of the individual or entity named above. If you are not the
>intended recipient, be aware that any disclosure, copying, distribution
>or use of the contents of this information is prohibited. If you have
>received this electronic transmission in error, please notify me
>immediately by telephone (301-681-7450) or by email.
>
>
>Learn the basics of life-saving hands only CPR in 20 minutes. Visit
>the DC FEMS Hands on Hearts campaign at <http://handsonhearts.dc.gov/>
>to sign up for existing classes or email hands.onhearts@dc.gov
><mailto:hands.onhearts@dc.gov> to schedule a class for your office or
>organization.?
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

>-----Original Message-----
>From: Joseph Golinker [mailto:joseph.golinker@camoranlaw.com]
>Sent: Monday, February 22, 2016 4:14 PM
>To: Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Rubenstein,
>Steven
>(DCPS) <Steven.Rubenstein2@dc.gov>; Thomas, Zoe (OSSE)
><zoe.thomas@dc.gov>; Charles Moran <charles.moran@camoranlaw.com>;
>Steve Nabors <steve.nabors@camoranlaw.com>
>Subject: Re: [redacted] Case # 2016-0023 -- OSSE Motions to Dismiss
>
>All,
>
>Mr. Moran was admitted to the Holy Cross Hospital last week and is
>currently recovering from surgery. He asks that Mr. Nabors and I be
>included on emails so that I can keep him up to date if anything urgent
>comes up. He does not anticipate his recovery to impact the timelines
>in this case.
>
>Thanks,
>
>Joey
>
>Joey Golinker
>Law Clerk
>Moran & Associates
>1220 L Street NW Suite 700
>Washington, DC 20005
>Joseph.Golinker@camoranlaw.com
>(P) 202.742.2005
>(F) 202.742.2097
>
>
>
>On 02/22/2016 09:57 AM, Seat, Keith (OSSE-Contractor) wrote:
>> Ms. Thomas, can you please file a line for the record withdrawing
>>your two Motions to Dismiss?
>>
>> Thanks.
>>
>> Keith L. Seat, Esq.
>> Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
>> 810 First Street, N.E., Second Floor
>> Washington, D.C. 20002
>> Phone: 301-681-7450
>> Cell: 301-523-5535
>> Fax: 301-681-9243
>> Email: keith.seat@dc.gov
>>
>> This electronic message transmission contains information that may be
>>confidential and/or privileged. The information is intended for the
>>use of the individual or entity named above. If you are not the
>>intended recipient, be aware that any disclosure, copying,

>>distribution or use of the contents of this information is prohibited.
>>If you have received this electronic transmission in error, please
>>notify me immediately by telephone (301-681-7450) or by email.
>>
>>
>> Learn the basics of life-saving hands only CPR in 20 minutes. Visit
>>the DC FEMS Hands on Hearts campaign at <http://handsonhearts.dc.gov/>
>>to sign up for existing classes or email hands.onhearts@dc.gov
>><mailto:hands.onhearts@dc.gov> to schedule a class for your office or
>>organization.?
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>> -----Original Message-----
>> From: admin@dcsho.i-sight.com [mailto:admin@dcsho.i-sight.com]
>> Sent: Friday, February 19, 2016 11:06 AM
>> To: Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; Thomas,
>> Zoe
>> (OSSE) <zoe.thomas@dc.gov>; charles.moran@camoranlaw.com
>> Cc: Dietrich, Virginia (OSSE-Contractor) <virginia.dietrich@dc.gov>;
>> Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Due, Process
>> (OCTO) <Due.Process@dc.gov>; HearingOffice, Student (OSSE)
>> <Student.HearingOffice@dc.gov>
>> Subject: DCSHO: [redacted] Case # 2016-0023 -- Order Granting
>> Motion to Withdraw Complaint Against OSSE From <keith.seat@dc.gov>
>>
>>
>> ** NOTE: Please do not modify subject line when replying **
>>
>> ** This email was sent by Keith Seat [mailto: keith.seat@dc.gov] **
>>
>> Good morning, Counsel.

>>
>> My Order Granting Motion to Withdraw Complaint Against OSSE is
>>attached in PDF.
>>
>> Keith L. Seat, Esq.
>> Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
>> 810 First Street, N.E., Second Floor
>> Washington, D.C. 20002
>> Phone: 301-681-7450
>> Cell: 301-523-5535
>> Fax: 301-681-9243
>> keith.seat@dc.gov
>>
>

**Seat, Keith (OSSE-Contractor)**

**From:** Joseph Golinker <joseph.golinker@camoranlaw.com>
**Sent:** Monday, February 22, 2016 4:14 PM
**To:** Seat, Keith (OSSE-Contractor); Rubenstein, Steven (DCPS); Thomas, Zoe (OSSE); Charles Moran; Steve Nabors
**Subject:** Re: [redacted] Case # 2016-0023 -- OSSE Motions to Dismiss

All,

Mr. Moran was admitted to the Holy Cross Hospital last week and is currently recovering from surgery. He asks that Mr. Nabors and I be included on emails so that I can keep him up to date if anything urgent comes up. He does not anticipate his recovery to impact the timelines in this case.

Thanks,

Joey

Joey Golinker
Law Clerk
Moran & Associates
1220 L Street NW Suite 700
Washington, DC 20005
Joseph.Golinker@camoranlaw.com
(P) 202.742.2005
(F) 202.742.2097

On 02/22/2016 09:57 AM, Seat, Keith (OSSE-Contractor) wrote:
> Ms. Thomas, can you please file a line for the record withdrawing your two Motions to Dismiss?
>
> Thanks.
>
> Keith L. Seat, Esq.
> Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
> 810 First Street, N.E., Second Floor
> Washington, D.C. 20002
> Phone: 301-681-7450
> Cell: 301-523-5535
> Fax: 301-681-9243
> Email: keith.seat@dc.gov
>
> This electronic message transmission contains information that may be confidential and/or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify me immediately by telephone (301-681-7450) or by email.
>
>

> Learn the basics of life-saving hands only CPR in 20 minutes. Visit the DC FEMS Hands on Hearts campaign at <http://handsonhearts.dc.gov/> to sign up for existing classes or email hands.onhearts@dc.gov <mailto:hands.onhearts@dc.gov> to schedule a class for your office or organization.?
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> -----Original Message-----
> From: admin@dcsho.i-sight.com [mailto:admin@dcsho.i-sight.com]
> Sent: Friday, February 19, 2016 11:06 AM
> To: Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; Thomas, Zoe
> (OSSE) <zoe.thomas@dc.gov>; charles.moran@camoranlaw.com
> Cc: Dietrich, Virginia (OSSE-Contractor) <virginia.dietrich@dc.gov>;
> Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Due, Process (OCTO)
> <Due.Process@dc.gov>; HearingOffice, Student (OSSE)
> <Student.HearingOffice@dc.gov>
> Subject: DCSHO: [redacted] Case # 2016-0023 -- Order Granting
> Motion to Withdraw Complaint Against OSSE From <keith.seat@dc.gov>
>
>
> ** NOTE: Please do not modify subject line when replying **
>
> ** This email was sent by Keith Seat [mailto: keith.seat@dc.gov] **
>
> Good morning, Counsel.
>
> My Order Granting Motion to Withdraw Complaint Against OSSE is attached in PDF.
>
> Keith L. Seat, Esq.
> Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
> 810 First Street, N.E., Second Floor
> Washington, D.C. 20002
> Phone: 301-681-7450

> Cell: 301-523-5535
> Fax: 301-681-9243
> keith.seat@dc.gov
>

**Seat, Keith (OSSE-Contractor)**

**From:** Joseph Golinker <joseph.golinker@camoranlaw.com>
**Sent:** Thursday, February 18, 2016 1:46 PM
**To:** Seat, Keith (OSSE-Contractor); Thomas, Zoe (OSSE); Charles Moran
**Cc:** Rubenstein, Steven (DCPS)
**Subject:** Re: DPC Case # 2016-0023 - [redacted] OSSE's MTD for failure to state claim

Mr. Seat,

Charlie is out of the office with a medical emergency. I spoke to him briefly and he said there is no objection to the case being withdrawn with prejudice, but we will still address the issue of ODR's compliance with DC Code.

Best,

Joey

Joey Golinker
Law Clerk
Moran & Associates
1220 L Street NW Suite 700
Washington, DC 20005
Joseph.Golinker@camoranlaw.com
(P) 202.742.2005
(F) 202.742.2097

On 02/18/2016 10:39 AM, Seat, Keith (OSSE-Contractor) wrote:
> Mr. Moran, is dismissal of OSSE with prejudice acceptable?
>
> Keith L. Seat, Esq.
> Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
> 810 First Street, N.E., Second Floor
> Washington, D.C. 20002
> Phone: 301-681-7450
> Cell: 301-523-5535
> Fax: 301-681-9243
> Email: keith.seat@dc.gov
>
> This electronic message transmission contains information that may be confidential and/or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify me immediately by telephone (301-681-7450) or by email.
>
>
> -----Original Message-----
> From: Thomas, Zoe (OSSE)
> Sent: Tuesday, February 16, 2016 10:36 PM
> To: Charles Moran <charles.moran@camoranlaw.com>
> Cc: Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Rubenstein,
> Steven (DCPS) <Steven.Rubenstein2@dc.gov>; HearingOffice, Student

> (OSSE) <Student.HearingOffice@dc.gov>; Joseph Golinker
> <joseph.golinker@camoranlaw.com>
> Subject: Re: DPC Case # 2016-0023 -[redacted] OSSE's MTD for failure
> to state claim
>
> Dear Mr Moran,
>
> I don't recall receiving an email or any other communication from you asking whether or not Osse consents to your motion to withdraw. Maybe it's an issue with our emails? Nevertheless Osse consents to the withdrawal and requests that it be done with prejudice (for the reasons explained in Osse motion to dismiss).
>
> Thank you,
> Zoe Thomas
>
> Sent from my iPhone
>
>> On Feb 16, 2016, at 5:25 PM, Charles Moran <charles.moran@camoranlaw.com> wrote:
>>
>> Attached please find our motion to withdraw the complaint against OSSE.
>>
>> Thank you,
>>
>> Charles Moran
>>
>>> On 02/11/2016 12:41 PM, Thomas, Zoe (OSSE) wrote:
>>> Please find attached for filing OSSE's motion to dismiss, which DCPS does not oppose.
>>>
>>> Thank you,
>>>
>>> Zoe C. Thomas
>>> Assistant General Counsel
>>> Office of the General Counsel
>>> Office of the State Superintendent of Education (OSSE)
>> <Motion to Withdraw re OSSE.pdf>
> Learn the basics of life-saving hands only CPR in 20 minutes. Visit
> the DC FEMS Hands on Hearts campaign at <http://handsonhearts.dc.gov/>
> to sign up for existing classes or email hands.onhearts@dc.gov
> <mailto:hands.onhearts@dc.gov> to schedule a class for your office or
> organization.
>
>
>
>
>
>
>
>
>
>
>
>
>

>
>
>
>
>
>
>
>
>
>
>

**Keith L. Seat**

**From:** Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>
**Sent:** Friday, February 12, 2016 5:26 PM
**To:** Charles Moran; Rubenstein, Steven (DCPS); Thomas, Zoe (OSSE)
**Subject:** RE: DPC Case # 2016-0023 - [redacted] OSSE Motion for Continuance; Scheduling

Mr. Moran, as you know, I only have jurisdiction over IDEA matters; any exhaustion of remedies for claims that may be brought elsewhere only requires you to seek whatever relief you can obtain under IDEA in this proceeding, as the S.S. case you cite makes clear.

Keith L. Seat, Esq.
Hearing Officer, Mediator & Facilitator
Office of Dispute Resolution
810 First Street, N.E., Second Floor
Washington, D.C. 20002
Phone: 301-681-7450
Cell: 301-523-5535
Fax: 301-681-9243
Email: keith.seat@dc.gov

This electronic message transmission contains information that may be confidential and/or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify me immediately by telephone (301-681-7450) or by email.

-----Original Message-----
From: Charles Moran [mailto:charles.moran@camoranlaw.com]
Sent: Thursday, February 11, 2016 11:50 AM
To: Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; Thomas, Zoe (OSSE) <zoe.thomas@dc.gov>
Subject: RE: DPC Case # 2016-0023 - [redacted] OSSE Motion for Continuance; Scheduling

Mr. Seat,

I have no objection to the continuance.

Also, I agree that only one day of hearing should be required. I do want to point out however that we have raised an ADA issue in the complaint. We suggested that we be allowed to submit that claim on the papers without in person testimony. The need to submit to you some evidence in support of the claim is based on our reading of SS by and through Street v. DC, 68 F. Supp. 3d 1 (2014). See in particular head note 19.

Charles Moran

Charles A. Moran
Moran and Associates
1220 L St., NW, Ste 700
Washington, DC 20005
(202) 742-2022

-----Original Message-----
From: Seat, Keith (OSSE-Contractor) [mailto:keith.seat@dc.gov]
Sent: Thursday, February 11, 2016 11:06 AM
To: Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; Thomas, Zoe (OSSE) <zoe.thomas@dc.gov>; Charles Moran <charles.moran@camoranlaw.com>
Subject: RE: DPC Case # 2016-0023 - [redacted] OSSE Motion for Continuance; Scheduling

Mr. Moran, Ms. Thomas, do you think we need to schedule 2 days for the DPH?

Mr. Moran, what is your position on the continuance?

Keith L. Seat, Esq.
Hearing Officer, Mediator & Facilitator
Office of Dispute Resolution
810 First Street, N.E., Second Floor
Washington, D.C. 20002
Phone: 301-681-7450
Cell: 301-523-5535
Fax: 301-681-9243
Email: keith.seat@dc.gov

This electronic message transmission contains information that may be confidential and/or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify me immediately by telephone (301-681-7450) or by email.

-----Original Message-----
From: Rubenstein, Steven (DCPS)
Sent: Wednesday, February 10, 2016 5:34 PM
To: Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Thomas, Zoe (OSSE) <zoe.thomas@dc.gov>; charles.moran@camoranlaw.com
Subject: RE: DPC Case # 2016-0023 - [redacted] OSSE Motion for Continuance; Scheduling

Good evening,

My apologies for the delay. We do not object to OSSE's motion for a continuance.

The 23rd and 25th of March both work for me and my client, so if we need to reserve two days both of those work.

Thank you,
Steven Rubenstein

-----Original Message-----

From: Seat, Keith (OSSE-Contractor)
Sent: Wednesday, February 10, 2016 4:51 PM
To: Thomas, Zoe (OSSE); charles.moran@camoranlaw.com; Rubenstein, Steven (DCPS)
Subject: RE: DPC Case # 2016-0023 - [redacted] OSSE Motion for Continuance; Scheduling

Good afternoon, Counsel. A few questions:

Mr. Moran, Mr. Rubenstein, any objection to OSSE's motion for continuance to align the timeline?

All, from the email I understand that DCPS received the due process complaint on 2/4/16, but that OSSE did not receive it until 2/8/16. Thus, is it correct that OSSE needs a 26-day continuance to match the timeline for DCPS?

Ms. Thomas, are you ready to file a line to withdraw your motion to dismiss?

Mr. Rubenstein, do you have clarity on dates for the DPH?

All, do you think we need to reserve 2 days for the DPH, since having 2 Respondents adds some time and we're aiming to end hearing days by 4:30 p.m. What do you think?

Thanks.

Keith L. Seat, Esq.
Hearing Officer, Mediator & Facilitator
Office of Dispute Resolution
810 First Street, N.E., Second Floor
Washington, D.C. 20002
Phone: 301-681-7450
Cell: 301-523-5535
Fax: 301-681-9243
Email: keith.seat@dc.gov

This electronic message transmission contains information that may be confidential and/or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify me immediately by telephone (301-681-7450) or by email.

-----Original Message-----
From: Thomas, Zoe (OSSE)
Sent: Wednesday, February 10, 2016 2:31 PM
To: Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; charles.moran@camoranlaw.com; Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>
Cc: HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>; HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>
Subject: DPC Case # 2016-0023 - [redacted] OSSE Motion for Continuance

Please find attached for filing OSSE's motion for a continuance to align the timelines.

Thank you,

Zoe C. Thomas

Assistant General Counsel
Office of the General Counsel
Office of the State Superintendent of Education (OSSE)

Learn the basics of life-saving hands only CPR in 20 minutes. Visit the DC FEMS Hands on Hearts campaign at <http://handsonhearts.dc.gov/> to sign up for existing classes or email hands.onhearts@dc.gov <mailto:hands.onhearts@dc.gov> to schedule a class for your office or organization.

Learn the basics of life-saving hands only CPR in 20 minutes. Visit the DC FEMS Hands on Hearts campaign at http://handsonhearts.dc.gov to sign up for existing classes or email hands.onhearts@dc.gov to schedule a class for your office or organization.

**Keith L. Seat**

| | |
|---|---|
| **From:** | Steve Nabors <steve.nabors@camoranlaw.com> |
| **Sent:** | Friday, March 11, 2016 3:20 PM |
| **To:** | Rubenstein, Steven (DCPS); Seat, Keith (OSSE-Contractor); Charles Moran |
| **Cc:** | Joseph Golinker |
| **Subject:** | Re: [redacted] Case # 2016-0023 -- Conference Bridge for PHC: 1-218-895-8942, password 20901# |
| **Attachments:** | Fry v Napoleon Community Schools.pdf |

The Fry case is attached.

Steve Nabors
Moran and Associates
1220 L St. NW
Suite 700
Washington, D.C. 20005
(202) 742-2056 (Office)
(202) 742-2097 (Fax)

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

On 3/11/16, 9:08 AM, "Rubenstein, Steven (DCPS)"
<Steven.Rubenstein2@dc.gov> wrote:

>Good morning,
>
>For potential witnesses, DCPS may call:
>
>Resheeda Hinkson, Assistant Principal and LEA Rep., expert in special
>education, will testify to all issues, including all meetings,
>communications with parent and representatives, IEP development,
>services at CHEC and the student's overall performance.
>
>Jezelle Estrado and/or Brittany Lee, Special Education Teacher, may
>testify to special education services provided to the student and the
>student's academic performance.
>
>Thomasina Garner, Social Worker, may testify to behavioral
>interventions and support services provided at CHEC.
>
>Thank you,
>Steven Rubenstein

>
>-----Original Message-----
>From: Seat, Keith (OSSE-Contractor)
>Sent: Thursday, March 10, 2016 5:14 PM
>To: Rubenstein, Steven (DCPS); Charles Moran
>Cc: Joseph Golinker; Steve Nabors
>Subject: [redacted] Case # 2016-0023 -- Conference Bridge for PHC:
>1-218-895-8942, password 20901#
>
>Counsel,
>
>My Prehearing Order is attached in draft form for your review prior to
>our prehearing conference tomorrow. Please take a close look at the
>Issues and Defenses in particular, along with the rest of the document,
>to see if you have any questions or comments. Do note that the DPH end
>time is now listed as 5:00 p.m. (since OSSE's counsel is no longer in
>the case and needing to leave early), but let me know if that presents
>a problem for either of you.
>
>Please email your list of witnesses prior to our prehearing conference,
>if possible, to streamline the conference. Please include name, title,
>the general area of testimony, and whether you will seek to qualify
>them as an expert (and if so in what area).
>
>Also, in DCPS's Response Mr. Rubenstein raised the issue of Hearing
>Officers not having jurisdiction over ADA claims. I want to clarify
>that during our PHC tomorrow, so please be prepared to speak to the issue, Mr.
>Moran, if you continue to assert an ADA claim in this IDEA case.
>
>To that end we will use a conference bridge for the PHC tomorrow so
>that any discussion and ruling may be on the record. At the agreed
>upon time, please call my conference bridge at 1-218-895-8942, password 20901#.
>
>Thanks.
>
>Keith L. Seat, Esq.
>Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
>810 First Street, N.E., Second Floor
>Washington, D.C. 20002
>Phone: 301-681-7450
>Cell: 301-523-5535
>Fax: 301-681-9243
>Email: keith.seat@dc.gov
>
>This electronic message transmission contains information that may be
>confidential and/or privileged. The information is intended for the
>use of the individual or entity named above. If you are not the
>intended recipient, be aware that any disclosure, copying, distribution
>or use of the contents of this information is prohibited. If you have
>received this electronic transmission in error, please notify me
>immediately by telephone (301-681-7450) or by email.
>

>-----Original Message-----
>From: Rubenstein, Steven (DCPS)
>Sent: Wednesday, March 09, 2016 4:50 PM
>To: Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Joseph Golinker
><joseph.golinker@camoranlaw.com>; Charles Moran
><charles.moran@camoranlaw.com>; Steve Nabors
<steve.nabors@camoranlaw.com>
>Subject: RE: [redacted] Case # 2016-0023 -- Prep for PHC
>
>The RSM was held on February 19. I've asked for the disposition form
>and will file it once I receive it.
>
>I am confirming the PHC for this Friday at 3 pm.
>
>Thank you,
>Steven Rubenstein
>
>-----Original Message-----
>From: Seat, Keith (OSSE-Contractor)
>Sent: Wednesday, March 09, 2016 4:45 PM
>To: Joseph Golinker; Rubenstein, Steven (DCPS); Charles Moran; Steve
>Nabors
>Subject: RE: [redacted] Case # 2016-0023 -- Prep for PHC
>
>Good afternoon, Counsel.
>
>Are we set for our prehearing conference on Friday?
>
>Please email your list of witnesses prior to the prehearing conference,
>and I will include them in a draft Prehearing Order that I expect to
>circulate prior to the PHC. Please include name, title, the general
>area of testimony, and whether you will seek to qualify them as an
>expert (and if so in what area).
>
>Also, has the RSM been held? If so, please be sure to file the
>Resolution Period Disposition Form.
>
>Thanks.
>
>Keith L. Seat, Esq.
>Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
>810 First Street, N.E., Second Floor
>Washington, D.C. 20002
>Phone: 301-681-7450
>Cell: 301-523-5535
>Fax: 301-681-9243
>Email: keith.seat@dc.gov
>
>This electronic message transmission contains information that may be
>confidential and/or privileged. The information is intended for the
>use of the individual or entity named above. If you are not the
>intended recipient, be aware that any disclosure, copying, distribution

>or use of the contents of this information is prohibited. If you have
>received this electronic transmission in error, please notify me
>immediately by telephone (301-681-7450) or by email.
>
>
>-----Original Message-----
>From: Seat, Keith (OSSE-Contractor) [mailto:keith.seat@dc.gov]
>Sent: Tuesday, February 23, 2016 11:01 AM
>To: Joseph Golinker <joseph.golinker@camoranlaw.com>; Rubenstein,
>Steven
>(DCPS) <Steven.Rubenstein2@dc.gov>; Thomas, Zoe (OSSE)
><zoe.thomas@dc.gov>; Charles Moran <charles.moran@camoranlaw.com>;
>Steve Nabors <steve.nabors@camoranlaw.com>
>Subject: RE: [redacted] Case # 2016-0023 -- OSSE Motions to Dismiss
>
>Mr. Golinker, yes, I will certainly include you and Mr. Nabors on all
>future emails in this case, and request that Mr. Rubenstein do so as
>well. I hope Mr. Moran recovers easily.
>
>Thank you for your filing, Ms. Thomas. Since your client has been
>dismissed, I will omit you from future emails in the case and request
>that counsel do so as well.
>
>Take care,
>Keith L. Seat, Esq.
>Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
>810 First Street, N.E., Second Floor
>Washington, D.C. 20002
>Phone: 301-681-7450
>Cell: 301-523-5535
>Fax: 301-681-9243
>Email: keith.seat@dc.gov
>
>This electronic message transmission contains information that may be
>confidential and/or privileged. The information is intended for the
>use of the individual or entity named above. If you are not the
>intended recipient, be aware that any disclosure, copying, distribution
>or use of the contents of this information is prohibited. If you have
>received this electronic transmission in error, please notify me
>immediately by telephone (301-681-7450) or by email.
>
>
>Learn the basics of life-saving hands only CPR in 20 minutes. Visit
>the DC FEMS Hands on Hearts campaign at <http://handsonhearts.dc.gov/>
>to sign up for existing classes or email hands.onhearts@dc.gov
><mailto:hands.onhearts@dc.gov> to schedule a class for your office or
>organization.?
>
>
>
>
>

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>-----Original Message-----
>From: Joseph Golinker [mailto:joseph.golinker@camoranlaw.com]
>Sent: Monday, February 22, 2016 4:14 PM
>To: Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Rubenstein,
>Steven
>(DCPS) <Steven.Rubenstein2@dc.gov>; Thomas, Zoe (OSSE)
><zoe.thomas@dc.gov>; Charles Moran <charles.moran@camoranlaw.com>;
>Steve Nabors <steve.nabors@camoranlaw.com>
>Subject: Re: [redacted] Case # 2016-0023 -- OSSE Motions to Dismiss
>
>All,
>
>Mr. Moran was admitted to the Holy Cross Hospital last week and is
>currently recovering from surgery. He asks that Mr. Nabors and I be
>included on emails so that I can keep him up to date if anything urgent
>comes up. He does not anticipate his recovery to impact the timelines
>in this case.
>
>Thanks,
>
>Joey
>
>Joey Golinker
>Law Clerk
>Moran & Associates
>1220 L Street NW Suite 700
>Washington, DC 20005
>Joseph.Golinker@camoranlaw.com
>(P) 202.742.2005
>(F) 202.742.2097
>
>
>
>On 02/22/2016 09:57 AM, Seat, Keith (OSSE-Contractor) wrote:

>> Ms. Thomas, can you please file a line for the record withdrawing
>>your two Motions to Dismiss?
>>
>> Thanks.
>>
>> Keith L. Seat, Esq.
>> Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
>> 810 First Street, N.E., Second Floor
>> Washington, D.C. 20002
>> Phone: 301-681-7450
>> Cell: 301-523-5535
>> Fax: 301-681-9243
>> Email: keith.seat@dc.gov
>>
>> This electronic message transmission contains information that may be
>>confidential and/or privileged. The information is intended for the
>>use of the individual or entity named above. If you are not the
>>intended recipient, be aware that any disclosure, copying,
>>distribution or use of the contents of this information is prohibited.
>>If you have received this electronic transmission in error, please
>>notify me immediately by telephone (301-681-7450) or by email.
>>
>>
>> Learn the basics of life-saving hands only CPR in 20 minutes. Visit
>>the DC FEMS Hands on Hearts campaign at <http://handsonhearts.dc.gov/>
>>to sign up for existing classes or email hands.onhearts@dc.gov
>><mailto:hands.onhearts@dc.gov> to schedule a class for your office or
>>organization.?
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>> -----Original Message-----

>> From: admin@dcsho.i-sight.com [mailto:admin@dcsho.i-sight.com]
>> Sent: Friday, February 19, 2016 11:06 AM
>> To: Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; Thomas,
>> Zoe
>> (OSSE) <zoe.thomas@dc.gov>; charles.moran@camoranlaw.com
>> Cc: Dietrich, Virginia (OSSE-Contractor) <virginia.dietrich@dc.gov>;
>> Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Due, Process
>> (OCTO) <Due.Process@dc.gov>; HearingOffice, Student (OSSE)
>> <Student.HearingOffice@dc.gov>
>> Subject: DCSHO: [redacted] Case # 2016-0023 -- Order Granting
>> Motion to Withdraw Complaint Against OSSE From <keith.seat@dc.gov>
>>
>>
>> ** NOTE: Please do not modify subject line when replying **
>>
>> ** This email was sent by Keith Seat [mailto: keith.seat@dc.gov] **
>>
>> Good morning, Counsel.
>>
>> My Order Granting Motion to Withdraw Complaint Against OSSE is
>>attached in PDF.
>>
>> Keith L. Seat, Esq.
>> Hearing Officer, Mediator & Facilitator Office of Dispute Resolution
>> 810 First Street, N.E., Second Floor
>> Washington, D.C. 20002
>> Phone: 301-681-7450
>> Cell: 301-523-5535
>> Fax: 301-681-9243
>> keith.seat@dc.gov
>>
>

# [redacted] Case # 2016-0023 -- Wrap up

Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>

Sun 4/3/2016 12:26 AM

To:HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>;

Cc:Dietrich, Virginia (OSSE-Contractor) <virginia.dietrich@dc.gov>;

6 attachments

Key Email 5 --[redacted] (2016-0023).pdf; Key Email 4 --[redacted] (2016-0023).pdf; Key Email 3 --[redacted] (2016-0023).pdf; Key Email 2 --[redacted] (2016-0023).pdf; Key Email 1 --[redacted] (2016-0023).pdf; Certification of Record Cover --[redacted] (2016-0023) -- Keith L. Seat, HO (4-3-16).pdf;

Good evening, here's the Certification of Record Cover and key email.

Thanks,
Keith

Keith L. Seat, Esq.
Hearing Officer, Mediator & Facilitator
Office of Dispute Resolution
810 First Street, N.E., Second Floor
Washington, D.C. 20002
Phone: 301-681-7450
Cell: 301-523-5535
Fax: 866-920-6725
Email: keith.seat@dc.gov

This electronic message transmission contains information that may be confidential and/or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify me immediately by telephone (301-681-7450) or by email.

-----Original Message-----
From: admin@dcsho.i-sight.com [mailto:admin@dcsho.i-sight.com]
Sent: Saturday, April 02, 2016 11:54 PM
To: Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; steve.nabors@camoranlaw.com; charles.moran@camoranlaw.com; joseph.golinker@camoranlaw.com
Cc: resolution, contact (DCPS) <contact.resolution@dc.gov>; Dietrich, Virginia (OSSE-Contractor) <virginia.dietrich@dc.gov>; Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Due, Process (OCTO) <Due.Process@dc.gov>; HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>
Subject: DCSHO:[redacted] Case # 2016-0023 -- HOD From <keith.seat@dc.gov>

** NOTE: Please do not modify subject line when replying **

** This email was sent by Keith Seat [mailto: keith.seat@dc.gov] **

Good evening, Counsel.

My Hearing Officer Determination in this case is attached in PDF.

Take care.

Keith L. Seat, Esq.
Hearing Officer, Mediator & Facilitator
Office of Dispute Resolution
810 First Street, N.E., Second Floor
Washington, D.C. 20002
Phone: 301-681-7450
Cell: 301-523-5535
Fax: 301-681-9243
keith.seat@dc.gov

# 22

OSSE
Office of Dispute Resolution
February 11, 2016

**DISTRICT OF COLUMBIA**
**OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION**
**STUDENT HEARING OFFICE**

Lashawn Smith,
On behalf of [redacted]

Petitioner,

v.

D.C. Public Schools
&
the Office of the State
Superintendent of Education,

Respondents.

Case Number 2016-0023
Hearing Officer Keith Seat

**THE OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION'S**
**RESPONSE TO COMPLAINT**

The Office of the State Superintendent of Education ("OSSE"), by counsel, respectfully responds as follows to all allegations made in the Due Process Complaint (the "Complaint") filed under the Individuals with Disabilities Education Act (IDEA):

None of the allegations contained in the Complaint pertain to or mention OSSE. Therefore, no response by OSSE is required. To the extent a response is required, OSSE denies all allegations made against OSSE and states that it has not denied the student a FAPE in violation of the IDEA. OSSE also states that it is not a proper party to this dispute.

Respectfully submitted,

OFFICE OF THE STATE
SUPERINTENDENT FOR EDUCATION
Office of General Counsel

___/s/______________________________
Zoe Cooper Thomas
Bar No. 1005962
Assistant Attorney General
Office of the General Counsel
Office of the State Superintendent of Education
810 First Street, NE, 9th Floor
Washington, DC 20002
(202) 724-2010 (main)
(202) 299-2134 (fax)
Zoe.Thomas@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2016, a copy of this Office of the State Superintendent of Education's Response to the Complaint was sent via email to the following parties:

Charles Moran, for the Petitioner [charles.moran@camoranlaw.com]
Steven Rubenstein, for DCPS [steven.rubenstein2@dc.gov]
Hearing Officer Keith Seat [keith.seat@dc.gov]
Student Hearing Office [hearing.office@dc.gov]

BY:

_____/s/____________________

Zoe Cooper Thomas

# DPC Case # 2016-0023 - [redacted] OSSE Response

Thomas, Zoe (OSSE) <zoe.thomas@dc.gov>

Thu 2/11/2016 11:49 AM

To:Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; charles.moran@camoranlaw.com <charles.moran@camoranlaw.com>; Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>;

Cc:HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>; HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>;

1 attachment

OSSE Response, [redacted] pdf;

Please find attached for filing OSSE's response to the complaint.

Thank you,

Zoe C. Thomas
Assistant General Counsel
Office of the General Counsel
Office of the State Superintendent of Education (OSSE)

Learn the basics of life-saving hands only CPR in 20 minutes. Visit the DC FEMS Hands on Hearts campaign at <http://handsonhearts.dc.gov/> to sign up for existing classes or email hands.onhearts@dc.gov <mailto:hands.onhearts@dc.gov> to schedule a class for your office or organization.

# 5

OSSE
Office of Dispute Resolution
February 11, 2016

**DISTRICT OF COLUMBIA**
**OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION**
**STUDENT HEARING OFFICE**

| | |
|---|---|
| Lashawn Smith,<br>On behalf of [redacted]<br><br>Petitioner,<br><br>v.<br><br>D.C. Public Schools<br>&<br>the Office of the State<br>Superintendent of Education,<br><br>Respondents. | Case Number 2016-0023<br>Hearing Officer Keith Seat |

**THE OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION'S**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

The Office of the State Superintendent of Education ("OSSE"), by counsel, respectfully moves to dismiss the Petitioner's complaint. Even taking all of the Petitioner's allegations as true, the complaint fails to state a claim against OSSE as a matter of law. OSSE is the state educational agency ("SEA") for the District of Columbia, and as such, it is not the first-line direct provider of education services. Under the Individuals with Disabilities Education Act ("IDEA") and District of Columbia law, the local educational agency ("LEA"), in this case District of Columbia Public Schools ("DCPS"), is responsible for the direct provision of FAPE.

Furthermore, Petitioner does not allege that OSSE in any way failed to meet its SEA responsibilities. In fact, the allegations in the Complaint are void of any mention

whatsoever of OSSE. Therefore, Petitioner lacks any legal basis for bringing this complaint against OSSE and OSSE should be dismissed from this case.

## STANDARD OF REVIEW

Under the standard set by Federal Rule of Civil Procedure 12(b)(6), in resolving a motion to dismiss, the tribunal must determine whether the challenged complaint adequately states a claim on which relief may be granted. *Simms v. District of Columbia*, 587 F. Supp. 2d 269, 272-73 (D.D.C. 2008) (citations omitted). To withstand a Rule 12(b)(6) motion to dismiss, a complaint must contain "sufficient factual matter ... to state a claim that is plausible on its face" and therefore "allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Munro v. LaHood*, 839 F. Supp.2d 354, 359 (D.D.C. 2012) (citations omitted). The factual allegations "must be enough to raise a right to relief above the speculative level" and to "nudge[ ][ ] claims across the line from conceivable to plausible." *Simms*, 587 F. Supp.2d at 273 (citations omitted). In this case, accepting all of the Petitioner's factual allegations as true, the Petitioner fails to state a claim against OSSE as a matter of law.

## ARGUMENT

### I. OSSE is Not the First-Line Provider of Education Services

Although an SEA has ultimate responsibility for ensuring that the provisions of the IDEA are implemented, an SEA achieves that duty primarily through the adoption of policies and procedures and through a system of supervision and monitoring. In *Ellenberg v. New Mexico Military Institute*, 478 F.3d 1262, 1269 (10th Cir. 2007), the court described the IDEA framework as one in which "[LEAs] are given primary responsibility for overseeing the actual provision of special education services to disabled children." SEAs must "enact procedures and policies to implement the IDEA" and

"ensure LEA compliance through the power of the purse." *Id.* Here, the Petitioner does not make a single allegation that OSSE failed in its general supervisory duties.

As the SEA, OSSE is not ordinarily responsible for providing each individual student with a FAPE. That is the responsibility of the LEA. *See IDEA Public Charter School v. Belton*, 45 IDELR 158, at *4 (D.D.C. 2006) (holding that a charter school "stands on its own under the IDEA" unless the SEA assumed responsibility for the student). District of Columbia law clearly requires an LEA, such as DCPS, to assume direct responsibility for providing FAPE to the student. D.C. Mun. Reg. ("DCMR") Title 5, §§ 3000.1, 3002, and 3013. District of Columbia law provides that "[a]ll local education agencies (LEA) . . . shall ensure, pursuant to the [IDEA], that all children with disabilities, ages three to twenty-two, who are residents or wards of the District of Columbia, have available to them a [FAPE]." DCMR Title 5, § 3000.1. In addition, "[t]he LEA shall ensure that an IEP is developed and implemented for each eligible child with a disability served by the LEA." DCMR Title 5, §§ 3002.1(d) & 3002.3(d).

Since the complaint fails to allege any failure by OSSE to meet its SEA responsibilities and instead the allegations made in the complaint go to the LEA's direct responsibility to provide FAPE, OSSE should be dismissed from this case.

**II. OSSE is not responsible for failures alleged in the complaint against DCPS.**

A failure by the LEA to fulfill its responsibilities does not automatically impose liability onto the SEA. The IDEA refuses to "create a type of *respondeat superior* liability, imputing liability to SEAs for every local deviation from the State-created standards." *Carnwath v. Grasmick*, 115 F. Supp.2d 577, 582 (D.Md. 2000). In *Carnwath*, the plaintiffs sought to hold the SEA liable for failing to provide adequate due process procedures, including a hearing before a knowledgeable hearing officer and a

timely adjudication of their IDEA claim. *Id.* The court held that the SEA could not be held liable "where *it* was not responsible for the procedural failure." *Id.* (emphasis added). The court noted that the IDEA does not turn every LEA into an agent of the SEA such that the SEA "automatically becomes liable for all transgressions" of the LEA. *Id. citing Beard v. Teska*, 31 F.3d 942, 954 (10th Cir. 1994), *abrogated on other grounds by Buckhannon Rd & Care Home Inc. v. West Va. Dept. of Health & Human Resources*, 532 U.S. 598 (2001).

OSSE is not liable for any wrongful actions by DCPS in this case. In fact, the complaint itself fails to make such an allegation against OSSE. Accordingly, the complaint fails to state a claim against OSSE on which relief may be granted and so OSSE should be dismissed.

**CONCLUSION**

Altogether, even accepting the Petitioner's allegations as true, the complaint fails to make any claim against OSSE and there is no legal basis for holding OSSE liable for the failures alleged in the complaint. Therefore, OSSE's motion to dismiss should be granted.

Respectfully submitted,

OFFICE OF THE STATE
SUPERINTENDENT FOR EDUCATION
Office of General Counsel

___/s/________________________________
Zoe Cooper Thomas
Bar No. 1005962
Assistant Attorney General
Office of the General Counsel
Office of the State Superintendent of
Education

810 First Street, NE, 9th Floor
Washington, DC 20002
(202) 724-2010 (main)
(202) 299-2134 (fax)
Zoe.Thomas@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2016, a copy of this Office of the State Superintendent of Education's Motion to Dismiss for Failure to State a Claim was sent via email to the following parties:

Charles Moran, for the Petitioner [charles.moran@camoranlaw.com]
Steven Rubenstein, for DCPS [steven.rubenstein2@dc.gov]
Hearing Officer Keith Seat [keith.seat@dc.gov]
Student Hearing Office [hearing.office@dc.gov]

BY:

_____/s/______________________

Zoe Cooper Thomas

# DPC Case # 2016-0023 - [redacted] OSSE's MTD for failure to state claim

Thomas, Zoe (OSSE) <zoe.thomas@dc.gov>

Thu 2/11/2016 12:41 PM

To:Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; charles.moran@camoranlaw.com <charles.moran@camoranlaw.com>; Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>;

Cc:HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>; HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>;

1 attachment

OSSE MTD for Failure to State Claim, [redacted] pdf;

Please find attached for filing OSSE's motion to dismiss, which DCPS does not oppose.

Thank you,

Zoe C. Thomas
Assistant General Counsel
Office of the General Counsel
Office of the State Superintendent of Education (OSSE)

# 6

OSSE
Office of Dispute Resolution
February 11, 2016

**DISTRICT OF COLUMBIA**
**OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION**
Office of Dispute Resolution
810 First Street, N.E., 2nd Floor
Washington, DC 20002

| | | |
|---|---|---|
| | ) | |
| [redacted] | ) | Case No: 2016-0023 |
| through his parent, Ms. Lashawn Smith, | ) | |
| Petitioner, | ) | Date Issued: 2/11/16 |
| | ) | |
| v. | ) | Hearing Officer: Keith L. Seat, Esq. |
| | ) | |
| District of Columbia Public Schools | ) | Counsel of Record: |
| ("DCPS") and Office of the State | ) | Charles Moran, Esq. |
| Superintendent of Education ("OSSE") | ) | Steven Rubenstein, Esq. |
| Respondents. | ) | Zoe C. Thomas, Esq. |
| | ) | |

## PREHEARING NOTICE

The parties have agreed that the Prehearing Conference in this matter is scheduled for **3/11/16,** from **3:00 to 4:00 p.m.** I will call counsel for the parties at the appointed time for the call.

The parties have also agreed that the Due Process Hearing is scheduled for **3/25/16,** from **9:30 a.m. until no later than 4:30 p.m.** Adjustments to the start time of the Hearing may be made upon request at the Prehearing Conference.

The purpose of this Notice is two-fold: First, to advise you of the various matters that I expect to discuss with you. Second, to allow you the opportunity before the call to confer with your client and take such other steps as may be necessary in order to respond meaningfully or otherwise address these matters. **Please provide a list of your witnesses and the focus of their testimony (and whether you intend to qualify them as an expert and in what specific area) by email prior to our PHC**, for inclusion in the Prehearing Order.

At the time of the Prehearing Conference, it is my expectation that we will be in a position to discuss and address the items on the attached checklist. **The attorney for each party participating in the Conference shall have authority to enter into stipulations, make admissions, and settle issues regarding all matters that the participants may reasonably anticipate may be discussed, or have reasonable access by telephone to the party or the party's representative having such authority.**

Subsequent to the Prehearing Conference, I will prepare a detailed order of what has been agreed upon and determined during the Conference. You will receive it within 3 business

days after the Conference. Should you have any suggested corrections or additions to the order, you are to advise me of them within 3 business days and I will address them promptly.

Dated in Caption

/s/ Keith Seat
Keith L. Seat, Esq.
Hearing Officer

Attachment: Checklist

Copies (by email) to:

Counsel of Record (listed in Caption above)
OSSE-SPED (due.process@dc.gov)
ODR (hearing.office@dc.gov)
CHO

## PREHEARING CONFERENCE – SUBJECTS TO BE CONSIDERED

1. If a party is not represented by counsel, will the party possibly be in the future? If so, direct that the party or new counsel to immediately advise IHO and opposing counsel.

   If not represented, did the parent receive notice of any free or low cost legal services that may be available?

2. What is the status of the Resolution Meeting process? Any agreement/form signed? If unsuccessful, are the parties considering/willing to pursue mediation or further settlement discussions? When does the 20/45-day deadline start running?

3. What are the specific issues to be determined (e.g., what aspects of the IEP are alleged to be inappropriate?) and specific proposed relief (e.g., what type/amount of comp ed is sought?) How and when will any unknown specifics be provided?

4. Did the district file a response, and if not, how will it be addressed?

5. Are there any admissions of fact or stipulations?

6. If this is an expedited hearing in the context of discipline, are there other issues presented that require bifurcation (given the different timelines)?

7. What is the amount of time needed to hear the case? What additional time, if any, should be scheduled to deal with unanticipated problems/delays?

8. When will the hearing be held (i.e., dates and times)?

9. Is any continuance of the 45-day timeline anticipated? If so, how might it be avoided?

10. What is the date of the 5-business day rule on disclosure of proposed exhibits, witness lists (including a name, role/position, address, phone number, and general thrust of testimony), and evaluations/written recommendations that may be used at the hearing?

    **Note:** (1) The disclosure must separately identify those witnesses whom, and exhibits which, the party expects to present/offer and those whom/which the party may call/offer if the need arises; (2) the disclosure must designate witnesses expected to be presented by telephone if allowed in the discretion of the Hearing Officer; (3) copies of all proposed exhibits shall be marked (Petitioner as P-1 and Respondent as R-1); (4) each party shall at the 5-day deadline send the Hearing Officer a copy of the disclosure with the exhibits divided by tabs, in such manner as the Hearing Officers directs.

11. Does either party have or anticipate a problem with witnesses or records (e.g., the need to compel witnesses or the production of documents)?

If yes, what is the rationale why attendance cannot be voluntary? Regarding current LEA employees, will it make them available?

12. Are there any witness scheduling or other logistical problems and how will these be resolved?

13. Is the Student's name, date of birth, school of attendance, and student number accurate?

14. Have all pending due process complaints regarding the Student at the time of the filing and all HODs rendered or settlement agreements reached in the last 18 months known to Petitioner's representative and/or the representative's firm/organization been disclosed to IHO?

15. Any motions or other problems to be addressed now or anticipated? If so, how will they be addressed, including dates for motions to be filed and rulings to be made?

16. Should a date and time be set for a second prehearing conference, and if so, when?

**NOTE**: When the parties are represented by counsel, it will be presumed (and included in the Prehearing Order), unless counsel objects at the prehearing conference, that:

- There are no objections to the appointed Hearing Officer.
- The Parent opts for a hearing to be closed.
- The Parent will participate in the hearing.
- The Parent does not want the Student present.
- No interpreter services or other accommodations are needed.
- The Petitioner shall proceed first at the hearing.
- The Petitioner shall carry the burden of proof.
- The parties shall be prepared to present oral closing argument.
- The Parent elects to be provided a written decision.

**DIRECTIVE**: Counsel are directed that between now and the time of hearing should any issue or problem arise which might result in unfairness to a party or a possible delay in the hearing, and the issue/problem could not be resolved between counsel, a prehearing conference call is to be requested immediately in order to allow this Hearing Officer to consider and, if necessary, address the issue/problem.

# DCSHO: [redacted] Case # 2016-0023 -- PHN From <keith.seat@dc.gov>

admin@dcsho.i-sight.com

Thu 2/11/2016 2:31 PM

To:charles.moran@camoranlaw.com <charles.moran@camoranlaw.com>; Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; Thomas, Zoe (OSSE) <zoe.thomas@dc.gov>;

Cc:Dietrich, Virginia (OSSE-Contractor) <virginia.dietrich@dc.gov>; Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Due, Process (OCTO) <Due.Process@dc.gov>; HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>;

1 attachment

Prehearing Notice -- [redacted] (2016-0023) -- Keith L. Seat, HO (2-11-16).pdf;

** NOTE: Please do not modify subject line when replying **

** This email was sent by Keith Seat [mailto: keith.seat@dc.gov] **

Good afternoon, Counsel.

The Prehearing Notice is attached, scheduling the Prehearing Conference and Due Process Hearing for the dates and times we have agreed upon.

Please note the request for your witness list by email prior to the PHC.

Thank you for your input and cooperation.

Keith L. Seat, Esq.
Hearing Officer, Mediator & Facilitator
Office of Dispute Resolution
810 First Street, N.E., Second Floor
Washington, D.C. 20002
Phone: 301-681-7450
Cell: 301-523-5535
Fax: 301-681-9243
keith.seat@dc.gov

# 7

OSSE
Office of Dispute Resoluti
February 12, 2016

**District of Columbia**
**Office of the State Superintendent of Education**
**Office of Dispute Resolution**

| | |
|---|---|
| **LaShawn Smith, on behalf of** [redacted] **DOB:** [redacted]<br><br>**Petitioner,**<br>**v.**<br><br>**District of Columbia Public Schools, OSSE**<br><br>**Respondents** | **Case Number: 2016-0023**<br>**Hearing Officer: Keith Seat, Esq.** |

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS' RESPONSE TO PARENT'S ADMINISTRATIVE DUE PROCESS COMPLAINT NOTICE

The District of Columbia Public Schools (hereinafter "DCPS"), by and through the undersigned, hereby provides its Response to the Administrative Due Process Complaint Notice filed on February 4, 2016 by LaShawn Smith ("Petitioner") on behalf of [redacted] DOB: [redacted] ("Student"), pursuant to the Individuals with Disabilities Education Improvement Act (hereinafter "IDEA"). DCPS responds as follows:

1. DCPS disputes the allegations in the complaint and asserts that the Student has not been denied a Free Appropriate Public Education ("FAPE") and as such, there is no basis for the relief requested.[1]
2. Student is a child with an emotional disturbance who is to receive 26.5 hours per week of specialized instruction outside of general education and 240 minutes per month of behavioral support services outside of general education in accordance with his most recent IEP, developed on October 8, 2015 at Columbia Heights Education Campus ("CHEC"), Student's current school of attendance.
3. Previously, Student attended LaSalle-Backus Education Campus. Student's IEP team at LaSalle-Backus developed an IEP on March 3, 2015 that provided for 26.5 hours per week of specialized instruction outside of general education and 240 minutes per month of behavioral support services outside of general education.
4. Student's March 3, 2015 IEP did not mandate placement in a Behavior and Education Support ("BES") Classroom, but instead indicated that "The student requires a self-

[1] DCPS respectfully reserves the right to amend any response provided should subsequent information be revealed.

contained environment in order to succeed academically and behaviorally." At CHEC, Student began the year in the Specific Learning Support ("SLS") classroom, a self-contained special education classroom setting. Student's IEP was implemented and Student received an "A" in Biology, an "A-" in English, a "C" in Algebra and a "C" in his foreign language course for the first term.

5. The IEP team met on October 8, 2015 and Petitioner and Student participated along with their special education advocate/law clerk. Student expressed his desire to be in general education classes but the IEP team agreed that he was not ready due to his behavior. The IEP team discussed strategies to address his behavior, including a behavior intervention plan and a meeting to revisit Student's IEP within 30 days. The IEP team discussed Student's classroom performance and considered teacher reports, Student grades and behavioral incidents and developed an IEP that provided for 26.5 hours per week of specialized instruction outside of general education and 240 minutes per month of behavioral support services outside of general education. Student's IEP developed at this meeting was reasonably calculated to provide educational benefits at the time of its development.
6. The IEP team at CHEC has considered positive behavioral interventions and supports to address Student's behavior. 20 U.S.C. § 1414(d)(3)(B)(i); *see also* 34 C.F.R. § 300.324(a)(2)(i). For example, the team implemented a safety contract, provided a Cognitive Behavioral Interventions for Trauma in Schools ("CBITS") group, and developed a formal behavior intervention plan. On or about October 28, 2015, the IEP discussed moving Student to the self-contained BES classroom program at CHEC. Student subsequently transitioned into the BES classroom program. While Student continues to present with some behavioral challenges, he continues to be academically successful at CHEC, receiving a final grades of "B" in Algebra, "B+" in Biology, "B" in English and "C" in his foreign language course at the conclusion of terms 1 and 2.
7. An IEP meeting was held on January 21, 2016 to review an LRE Classroom Observation tool. The IEP team discussed the option of transitioning Student to a BES classroom at a different DCPS school, Cardozo Education Campus. Petitioner expressed openness to Cardozo, with some reservations related to students from Student's prior school also

attending Cardozo. DCPS subsequently informed Petitioner that the students were not attending Cardozo.

8. The Hearing Officer does not have jurisdiction over ADA claims.[2] The Hearing Officer has jurisdiction only over matters relating to the identification, evaluation or educational placement of a child with a disability, or the provision of FAPE to the child. 34 C.F.R. 300.507(a)(1).[3] Without waiving this jurisdictional argument, DCPS denies any discrimination against the Student on the basis of his disability.

DATED: 12th Day of February, 2016

By:/s/ *Steven N. Rubenstein* (electronic signature)

Steven N. Rubenstein, Esq.
Attorney-Advisor
Office of the General Counsel, District of Columbia Public Schools
1200 First Street N.E., 10th Floor
Washington, DC 20002
Steven.Rubenstein2@dc.gov
202-442-5171 (Desk)

**CERTIFICATE OF SERVICE**

I, Steven N. Rubenstein, hereby certify that a copy of DCPS' Response was served on February 12, 2016 on Charles Moran, Esq. and Zoe Thomas, Esq. via email.

Dated: February 12, 2016

/s/ *Steven N. Rubenstein (Electronic Signature)*
STEVEN N. RUBENSTEIN, ESQ.

---

[2] A formal motion to dismiss will follow.

[3] It should be noted that Petitioner could have alleged an ADA violation with the Office of Civil Rights with the Department of Education, which enforces Title II of the Americans with Disabilities Act of 1990 (Title II), 42 U.S.C. § 12132, and its implementing regulations, at 28 C.F.R. Part 35, which prohibit discrimination on the basis of disability by public entities. OCR, not the ODR, has jurisdictional authority to process allegations of disability discrimination against the LEA.

**From:** Rubenstein, Steven (DCPS)
**To:** charles.moran@camoranlaw.com; Seat, Keith (OSSE-Contractor); Thomas, Zoe (OSSE)
**Cc:** HearingOffice, Student (OSSE)
**Subject:** 2016-0023 - DCPS Response
**Date:** Friday, February 12, 2016 4:45:08 PM
**Attachments:** 2016-0023 (AJ) - DCPS Response.pdf

---

Attached, please find DCPS' response in this matter.

Thank you,

Steven Rubenstein
Attorney-Advisor
D.C. Public Schools
Office of the General Counsel
1200 First Street, N.E., 10th Floor
Washington, D.C. 20002
(202) 442-5171 – direct
(202) 442-5097 – fax

**CONFIDENTIALITY NOTICE**

**This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.**

**Metadata: This e-mail transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.**

Learn the basics of life-saving hands only CPR in 20 minutes. Visit the DC FEMS Hands on Hearts campaign at http://handsonhearts.dc.gov to sign up for existing classes or email hands.onhearts@dc.gov to schedule a class for your office or organization.

# 8

**Columbia Heights EC (CHEC)**
TEL (202)939-7700 | checdc.org | Principal: Maria Tukeva
District of Columbia Public Schools

**CONFIDENTIAL**
Parent or guardian of
[redacted]
2918 S St SE
Washington, DC 20020

Grade 9 report card (term 2) printed on February 12, 2016 for:

[redacted]

Student ID: 9321513

**Homeroom Teacher: Estrado, J**

## Key areas of [redacted] progress

### [redacted] attendance:

**23 day(s) lost**

| | |
|---|---|
| Days unexcused: | 16 |
| Total days absent: | 23 |
| Tardy: | 19 |

**Alert: Students with 15 or more unexcused absences and all school interventions completed in line with requirements must be referred to Court Social Services (CSS)/ Office of the Attorney General.**

### [redacted] credit and course progress:

[redacted] is currently achieving a passing grade (and is averaging a passing grade) in all courses. That's a strong sign that [redacted] is going to earn enough credit for promotion to the next grade level at the end of the year. Please continue to support [redacted] to ensure that they keep their grades up and pass all courses.

### [redacted] Grade Point Average (GPA):

A GPA is an average of the points earned for each course, ranging from a 4.0 for an A to a 0 for an F. There are three types of GPA:

**2.72** — **Term GPA:** Includes only the current term marks, including marks for courses that students are still taking. Results are used for honor roll purposes.

| T1: 2.9250 | T2: 2.7250 | T3: | T4: |
|---|---|---|---|

**2.82** — **Year GPA:** Includes only final marks earned this academic year. Year GPA will very from term to term, depending on a student's schedule.

**2.82** — **Cumulative GPA:** Includes all final marks for courses taken in high school. Takes into account Advanced Placement (AP) and honors. Grades received in a course that a student has retaken for credit do not replace the original failing marks in the course.

### [redacted] community service hours:

All students must complete Community Service hours, beginning in 9th grade. You will receive updates specific to [redacted] progress in the term 3 report card.

EXHIBIT
tabbles
R-4-1

Columbia Heights EC (CHEC) 9th grade report card (term 2, ending January 22, 2016 ) printed on February 12, 2016

[redacted] Student ID: 9321513 Pages 2 of 4

**KEY:** Teachers assign letter grades of A-F to indicate the degree of achievement by a student of the content standards in each course.

| 0-63% | 64-66% | 67-69% | 70-72% | 73-76% | 77-79% | 80-82% | 83-86% | 87-89% | 90-92% | 93-100% |
|---|---|---|---|---|---|---|---|---|---|---|
| F (Fail) | D | D+ | C- | C | C+ | B- | B | B+ | A- | A |

| | | |
|---|---|---|
| N/A | Not Applicable | This course was not taught during the term indicated. |
| NE | No Exam | No final Exam was given. |
| NM | No Mark | No mark was entered at the time the report was printed. Contact your school for an update. |
| I | Incomplete | Indicates a missing project or assignment that will impact the grade. |

| | | |
|---|---|---|
| L | Late Entry | Student transferred to school mid-term |
| M | Medical | Student had Medical Leave. |
| W | Withdrawal | The student dropped the course within three weeks of enrolling in it. |
| AUD | Audit | The student attends and participates in the course, but is not graded. Also: students who enroll too late in the term to receive a final mark. |

## [redacted] course marks and attendance:

| Course Title (Course Code, Section #) | Term 1 | Term 2 | Term 3 | Term 4 | Exam | Final | Credit Earned |
|---|---|---|---|---|---|---|---|
| **Algebra I-A 1.0 (M23, Section 011)** | C | A | | | | B | 1.0 |
| **Number of absences** | 1 | 3 | | | Total Absences This Year: 4 | | |
| TEACHER: Glascoe-Evans, Shannan | Pleasure to have in the class. | | | | | | |
| **Biology (S21, Section 019)** | A | C+ | | | | B+ | 1.0 |
| **Number of absences** | 6 | 7 | | | Total Absences This Year: 13 | | |
| TEACHER: Estrado, Jezelle | Good participation. Does not complete class assignments. | | | | | | |
| **CHINESE I (L73, Section 004)** | C | C+ | | | | C | 1.0 |
| **Number of absences** | 9 | 8 | | | Total Absences This Year: 17 | | |
| TEACHER: Wei, Wei | Lacks initiative. Needs to study more. Excessive tardiness. | | | | | | |
| **English I (E03SC, Section 002)** | A- | C+ | | | | B | 1.0 |
| **Number of absences** | 9 | 8 | | | Total Absences This Year: 17 | | |
| TEACHER: Lee, Brittany | Excellent initiative. | | | | | | |
| **Algebra I-B 1.0 (M24, Section 011)** | N/A | N/A | | | | | |
| **Number of absences** | 0 | 0 | | | Total Absences This Year: 0 | | |
| TEACHER: Glascoe-Evans, Shannan | | | | | | | |
| **Extended Literacy 9 (EX1SC, Section 004)** | N/A | N/A | | | | | |
| **Number of absences** | 0 | 0 | | | Total Absences This Year: 0 | | |
| TEACHER: Lee, Brittany | | | | | | | |
| **World Hist & Geo I: Middle Ages (HC5SC, Section 002)** | N/A | N/A | | | | | |
| **Number of absences** | 0 | 0 | | | Total Absences This Year: 0 | | |
| TEACHER: Estrado, Jezelle | | | | | | | |
| **Health Education (P26, Section 011)** | N/A | N/A | | | | | |
| **Number of absences** | 0 | 0 | | | Total Absences This Year: 0 | | |
| TEACHER: Coston, Nathaniel | | | | | | | |

R-4-2

**Let us know you received this report:**

Please review [redacted] report card and ask your student to hand this slip to Estrado, J.

SIGN AND RETURN ____________________

Second Term 9th grade report card reviewed by parent or guardian of [redacted] [ID 9321513] at Columbia Heights EC (CHEC).

☐ I request a parent/teacher conference with ____________________

☐ Please call me at this number (______)____________________

☐ Other feedback:

R-4-4

X____________________ Date ____________

OSSE
Office of Dispute Resolution
February 17, 2016

DISTRICT OF COLUMBIA
OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION
STUDENT HEARING OFFICE

Lashawn Smith,
On behalf of [redacted]

Petitioner,

v. Case No. 2016-0023

District of Columbia Public Schools,
&
Office of the State Superintedent of Education,

Respondents.

**PETITIONER'S MOTION TO WITHDRAW COMPLAINT AGAINST THE OFFICE OF THE STATE SUPERINTENENT OF EDUCATION**

Ms. Lashawn Smith, by and through undersigned counsel, moves to voluntarily withdraw the complaint against and all allegations against the Office of the State Superintendent of Education ("OSSE"). Undersigned counsel asked respondent OSSE whether or not they consent to the filing this motion on February 11. Respondent's counsel has not responded as of 5:00 pm on February 16.

/s/
CHARLES A. MORAN, Esq.
Bar No. 970871
Moran & Associates
1220 L Street, NW Suite 700
Washington, D.C. 20005
(202) 742-2022 (voice)
(202) 742-2098 (fax)
*Counsel for Petitioner*

# Re: DPC Case # 2016-0023 - [redacted] OSSE's MTD for failure to state claim

Charles Moran <charles.moran@camoranlaw.com>

Tue 2/16/2016 5:25 PM

To:Thomas, Zoe (OSSE) <zoe.thomas@dc.gov>; Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>;

Cc:HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>; Joseph Golinker <joseph.golinker@camoranlaw.com>;

1 attachment

Motion to Withdraw re OSSE.pdf;

Attached please find our motion to withdraw the complaint against OSSE.

Thank you,

Charles Moran

On 02/11/2016 12:41 PM, Thomas, Zoe (OSSE) wrote:
> Please find attached for filing OSSE's motion to dismiss, which DCPS does not oppose.
>
> Thank you,
>
> Zoe C. Thomas
> Assistant General Counsel
> Office of the General Counsel
> Office of the State Superintendent of Education (OSSE)

# 9

OSSE
Office of Dispute Resolution
February 19, 2016

**DISTRICT OF COLUMBIA**
**OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION**
Office of Dispute Resolution
810 First Street, N.E., 2nd Floor
Washington, DC 20002

| | |
|---|---|
| [redacted] through his parent, Ms. Lashawn Smith, Petitioner, | Case No: 2016-0023 |
| | Date Issued: 2/19/16 |
| v. | Hearing Officer: Keith L. Seat, Esq. |
| District of Columbia Public Schools ("DCPS") and Office of the State Superintendent of Education ("OSSE"), Respondents. | Counsel of Record: Charles Moran, Esq. Steven Rubenstein, Esq. Zoe C. Thomas, Esq. |

## ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW COMPLAINT AGAINST OSSE

On 2/16/16, Petitioner filed a Motion to Withdraw Complaint Against OSSE, voluntarily withdrawing her complaint and all allegations against OSSE (but not DCPS). Petitioner's counsel clarified by email on 2/18/16 that Petitioner does not object to dismissal with prejudice.

Respondent OSSE consented to withdrawal with prejudice by email on 2/16/16. Respondent DCPS stated that it did not oppose dismissal of OSSE from the case on 2/11/16 when OSSE filed a motion to be dismissed from the case with prejudice for failure to state a claim.

Accordingly, Petitioner's motion to withdraw its complaint against OSSE is granted and Petitioner's complaint against OSSE is hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Dated in Caption

/s/ Keith Seat

Keith L. Seat, Esq.
Hearing Officer

Copies (by email) to:

Counsel of Record (in Caption)
OSSE-SPED (due.process@dc.gov)
ODR (hearing.office@dc.gov)
CHO

# DCSHO: [redacted] Case # 2016-0023 -- Order Granting Motion to Withdraw Complaint Against OSSE From <keith.seat@dc.gov>

admin@dcsho.i-sight.com

Fri 2/19/2016 11:07 AM

To:Rubenstein, Steven (DCPS) <Steven.Rubenstein2@dc.gov>; Thomas, Zoe (OSSE) <zoe.thomas@dc.gov>; charles.moran@camoranlaw.com <charles.moran@camoranlaw.com>;

Cc:Dietrich, Virginia (OSSE-Contractor) <virginia.dietrich@dc.gov>; Seat, Keith (OSSE-Contractor) <keith.seat@dc.gov>; Due, Process (OCTO) <Due.Process@dc.gov>; HearingOffice, Student (OSSE) <Student.HearingOffice@dc.gov>;

1 attachment

Withdrawal Order -- [redacted] (2016-0023) -- Keith L. Seat, HO (2-19-16).pdf;

** NOTE: Please do not modify subject line when replying **

** This email was sent by Keith Seat [mailto: keith.seat@dc.gov] **

Good morning, Counsel.

My Order Granting Motion to Withdraw Complaint Against OSSE is attached in PDF.

Keith L. Seat, Esq.
Hearing Officer, Mediator & Facilitator
Office of Dispute Resolution
810 First Street, N.E., Second Floor
Washington, D.C. 20002
Phone: 301-681-7450
Cell: 301-523-5535
Fax: 301-681-9243
keith.seat@dc.gov

# 10